BRETT A. SHUMATE
Assistant Attorney General, Civil Division
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General, Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General, Civil Division
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
BILAL A. ESSAYLI
First Assistant U.S. Attorney
Central District of California
ALEXANDER K. HAAS
Director
JACQUELINE COLEMAN SNEAD
Assistant Director
ELISABETH J. NEYLAN
CRISTEN C. HANDLEY
Trial Attorneys
Civil Division
Federal Programs Branch
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his Official Capacity; ROBERT BONTA, Attorney General of California, in his Official Capacity,<br><br>　　　　Defendants. | No. 2:25-cv-10999<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>[Proposed] Hearing Information: Monday, December 22, 2025 at 10:00 a.m.<br><br>Honorable Christina A. Snyder<br>United States District Judge |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, the United States, will, and hereby does, move this Court to grant a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 for the reasons explained in the accompanying memorandum. To allow time for disposition before the laws challenged in this suit take effect on January 1, 2026, this motion is noticed for Monday, December 22, 2025; however, the United States would be amenable to a hearing any day the week of December 15, 2025 that would allow for Defendants' opposition to the motion and Plaintiff's reply.

Plaintiff seeks to enjoin Defendants and their successors, agents, and employees from enforcing the challenged provisions of the No Secret Police Act and No Vigilantes Act against federal agencies and officers, until this Court has an opportunity to issue a final judgment on the merits.

This motion is based on this Notice, the attached Memorandum in Support, the Declarations of Sergio Albarran, Michael R. Vargas, Michael H. Glasheen, and Matthew W. Allen, the Declaration of Counsel, and any argument the Court may hear. A proposed Order accompanies this motion.

Counsel for the United States conferred with counsel for the State of California on November 18, 2025 in accordance with Local Rule 7-3. During the call, the parties discussed the substance and potential resolution of the filed motion but were unable to resolve the dispute. The parties conferred again by video conference on November 25, 2025 and discussed a scheduling proposal from Defendants that could obviate the need for resolution of this motion for a preliminary injunction by the January 1, 2026 effective date of the challenged laws. Although the parties did not reach an agreement prior to filing this motion, the parties agreed to confer again and, should they reach an agreement, will file a stipulation with a proposed briefing schedule, including a modified proposed hearing date, for this motion.

Dated: November 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division
Federal Programs Branch

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

BILAL A. ESSAYLI
First Assistant U.S. Attorney
Central District of California

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Director

/s/ Elisabeth J. Neylan
ELISABETH J. NEYLAN (N.Y. Bar Reg. No. 6125736)
CRISTEN C. HANDLEY (MO Bar No. 69114)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-3519

Fax: (202) 616-8460
E-mail: Elisabeth.J.Neylan@usdoj.gov

*Attorneys for the United States*