UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,
Plaintiff,
v.
STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his Official Capacity; ROBERT BONTA, Attorney General of California, in his Official Capacity,
Defendants.

No. 2:25-cv-10999



Pro Se Amicus
9th choice 1st speech & redress

PRELIMINARY STATEMENT

1. When **_President Trump_** took office, "[o]ur southern border [was] overrun by cartels, criminal gangs, known terrorists, human traffickers, smugglers, unvetted military-age males from foreign adversaries, and illicit narcotics that harm Americans." Proclamation 10,866, Declaring a National Emergency at the Southern Border of the United States, 90 Fed. Reg. 8327 (Jan. 20, 2025).

2. Under his leadership—and in response to the electoral mandate—the Federal Government is employing its available legal measures to end that crisis in accordance with its well-established, **_preeminent, and preemptive authority to regulate immigration_** matters. This authority derives from the United States Constitution, numerous acts of Congress, and binding United States Supreme Court precedent. See, e.g., Arizona v. United States, 567 U.S. 387, 394–95 (2012).

Soo much to un pack here.

**_President Trump-_** Had this court upheld Art 6 Sec 3 oath and Art 4 Sec 1 full faith... re Colorado's Judicial proceedings Trump would have been ordered removed from the ballot in Ca. . Had Ca.'s Judicial officers did the same they would have ordered him off the Ballot.

**_preeminent, and preemptive authority to regulate immigration-_**

Canada's Constitution
**Concurrent Powers of Legislation respecting Agriculture, &c.**
95. In each Province the Legislature may make Laws in relation to Agriculture in the Province, and to **Immigration** into the Province;

**COMMONWEALTH OF AUSTRALIA CONSTITUTION ACT - SECT 51**

**Legislative powers of the Parliament.**

The Parliament shall, subject to this Constitution, have power to make laws for the peace, order, and good government of the Commonwealth with respect to:-- (xxvii.) **Immigration and emigration:** ***

Mexico's

Section III Powers of Congress Article 73. XVI.

The Congress has the power:To enact laws in regard to nationality, the legal status of foreigners, citizenship, naturalization, colonization, **emigration and immigration**, and the general health of the country

*** Same (xix.) Naturalization and aliens: (showing naturalization is different from immigration)

1/2

In his first term Trump called for immigration reform laws like these countries have.

I show the **delegated powers** as proof **we did not delegate regulation of immigration nor can it be implied.**
 **IT IS A RESERVED 10th AMENDMENT power, like taxing income from whatever source (our 16th)**
1) Vattel law of Nation sec 223-225 Immigration is a natural Right
2) 1868 U.S. China Treaty Art 5 The United States of America and the Emperor of China cordially recognize the inherent and inalienable right of man to change his home and allegiance,
both 1&2 align with the un enumerated 9th RIGHT OF CHOICE
The Supreme Court can not take that power from the people and give it to Congress


Art 6 Sec 3 oath applies to DOJ officers by filing this complaint they have violated such and the aforementioned Full faith and Credit

  UNLESS CONGRESS under
Art 1 Sec 4 "The times, places and manner... at any time by law make or alter such regulations"
   or under the aforementioned
Art 4 Sec1 "by general laws prescribe the manner in which such acts, records, and proceedings shall be proved, and the effect thereof."
   has written a bill regarding Ca.'s redistricting and it has become law.

  Driving the nail home:
Art 1 Sec 8 CL 9 The Congress shall have power To constitute tribunals inferior to the Supreme Court;
Art 1 Sec 8 CL 18 ... To make all laws which shall be necessary and proper for carrying into execution the foregoing powers
   "inferior to the Supreme Court;" it can not be Constitutionally Necessary nor Proper " To constitute tribunals" not in Art 3. Immigration Courts and Judges are in the Executive Branch not the Judicial.
   Immigration Judges have a term limit which is not the same as
Art 3 S 1 "The judges, both of the supreme and inferior courts, shall hold their offices during good behaviour,"


Pages *3 & 4* prevousily sent to UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS EL PASO DIVISION  EP-21-CV-00259-DCG-JES-JVB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

LEAGUE OF UNITED LATIN
AMERICAN CITIZENS, et al.,
Plaintiffs,
ALEXANDER GREEN, et al.,
Plaintiff-Intervenors,
v.
GREG ABBOTT, in his official capacity as
Governor of the State of Texas, et al.,
Defendants.

EP-21-CV-00259-DCG-JES-JVB
[Lead Case]
&
All Consolidated Cases

Pro Se Amicus

Gerrymandering is UNCONSTITUTIONAL
Whether this pleases the Court or not
It pleases the Constitution

Gerrymandering is not
in order to form a more perfect union(Preamble)
necessary (A1 s8 c18)
proper (A1s8cl18)
In pursuance thereof (A6 s2)
upholding oath (A6 s 3)
Gerrymandering does
deny
disparage
the 9th right of choice
abridge 14th s1
deny 14th s2

   Gerrymandering has been unconstitutional from the very begining of OUR UNION.
Congress and the Courts have allowed this constitutional obsenity to permeate and polute Our progress towards "a more perfect Union" Our Founding Fathers preambled about.

States are places. Districts are places.
  Art 1 Sec 4
The times, places and manner of holding elections for Senators and Representatives, shall be prescribed in each state by the legislature thereof; **but the Congress may at any time by law make or alter such regulations**
District maps are public acts or records.
  Art 4 Sec 1
Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state. **And the Congress may by general laws prescribe the manner in which such acts, records, and proceedings shall be proved, and the effect thereof.**
  Art 1 Sec 8 cl 18 **To make all laws which shall be necessary and proper for carrying into execution the foregoing powers**

The failure of Congress to enact laws on the District maps, opens the door for a 1st amendment "Redress" under the 9th right of choice in the Art 3 Courts of Our Union.

*"In some cases then,*
*the Constitution must be looked into by the judges.*
*And if they can open it at all,*
*what part of it are they forbidden to read or to obey?"*
C.J. Marshall 1803 case Marbury v. Madison

**NONE** is the only answer.

"It is well established that the deprivation of constitutional rights 'unquestionably constitutes irreparable injury.'"
Hernandez v. Sessions, 872 F.3d 976, 994 (9th Cir. 2017) (quoting Melendres v. Arpaio, 695 F.3d 990, 1002 (9th Cir. 2012)).

It is impossible to have "FAIR & FREE ELECTIONS" when there is a thumb and the scale.

Art 1 Sec 10 No state shall ............ pass any bill of attainder,

**U.S. Supreme Court**

**United States v. Lovett, 328 U.S. 303 (1946)**

In *Cummins v. Missouri,* 4 Wall. 277, 71 U. S. 323, this Court said,
"A bill of attainder is a legislative act which inflicts punishment without a judicial trial. If the punishment be less than death, the act is termed a bill of pains and penalties. Within the meaning of the Constitution, bills of attainder include bills of pains and penalties."
This court should see that gerrymandering is also a prohibited " bill of attainder" or at least a quasi-bill of attainder (like a prosecutor occupies a quasi-judicial postion to ensure a fair trial)

The above is not as big a stretch as Scotus' "outer limits" of Potus powers.

**There is a P.S. to this**, this Court the Texas State Courts, the Supreme Court, all other Art 3 courts and State Courts; Along with legislative and executive officers of both the U.S. and the several states **DID NOT** give "full faith and credit" (A4S1) to the Judicial proceedings from Colorado ordering Trump's removal from the Ballot.

**Hassan v. The State of Colorado,**

magistrate judge's opinion makes clear and we expressly reaffirm here,

a state's legitimate interest in protecting the integrity and practical functioning

of the political process permits it to exclude from the ballot

candidates who are constitutionally prohibited from assuming office.

See generallyMunro v. Socialist Workers Party, 479 U.S. 189, 193-95 (1986);

Bullock v. Carter, 405 U.S. 134, 145 (1972).

Entered for the Court

Neil M. Gorsuch Circuit Judge 10th Cir. 2012

Judge David C. Guaderrama
5th Circuit Court of Appeals Judge Jerry E. Smith
U.S. District Judge Jeffrey Brown

*4* 2/2

Joseph L. Westfall
2110 Williams Ave
Clarksburg, W.V. 26301

CLERK, U.S. RECEIVED
NOV 2 5 2025
U.S. DISTRICT COURT

Chief Judge Gee
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

CHARLESTON WV 250
21 NOV 2025 PM 2 L

No. 2-25-cv-10999

