**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Cristen C. Handley, MO Bar 69114<br>United States Department of Justice, Federal Programs Branch<br>1100 L Street NW, Washington DC 20005<br><br>TELEPHONE NO.: 202-451-7771        FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* Cristen.Handley@usdoj.gov<br>ATTORNEY FOR *(Name):* United States of America | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 350 W. 1st Street
MAILING ADDRESS: 350 W. 1st Street
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: U.S. District Court for the Central District of California

| PLAINTIFF/PETITIONER: United States of America<br>DEFENDANT/RESPONDENT: State of California, Gavin Newsom and Robert Bonta (official capacit | CASE NUMBER:<br>2:25-cv-10999 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [x] Alternative Dispute Resolution (ADR) package
   d. [x] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):* Notice of Judge Assignment (ECF No. 4), Notices to Counsel (ECF Nos. 6 & 10)
3. a. Party served *(specify name of party as shown on documents served):*
      State of California
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      Rose B., authorized agent to accept service of process
4. Address where the party was served:
   300 South Spring Street, Los Angeles, CA, 90013
5. I served the party *(check proper box)*
   a. [x] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 11/24/2025   (2) at *(time):* approx. 4pm
   b. [ ] **by substituted service.** On *(date):*         at *(time):*         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*         from *(city):*         or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

POS-010

| | |
|---|---|
| PLAINTIFF/PETITIONER: United States of America<br>DEFENDANT/RESPONDENT: State of California, Gavin Newsom and Robert Bonta (official capac | CASE NUMBER:<br>2:25-cv-10999 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                                      (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* State of California
      under the following Code of Civil Procedure section:

   | | |
   |---|---|
   | ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
   | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
   | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
   | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
   | ☒ 416.50 (public entity) | ☐ 415.46 (occupant) |
   | | ☐ other: |

7. **Person who served papers**
   a. Name: Julie Morales
   b. Address: 300 N. Los Angeles St., No. 7516, Los Angeles, CA 90012
   c. Telephone number:
   d. **The fee** for service was: $ 0.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner   ☐ employee   ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  11/24/2025

Julie Morales
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                      ▶ *(signature)*
                                                                              (SIGNATURE)

POS-010 [Rev. January 1, 2007]              **PROOF OF SERVICE OF SUMMONS**                Page 2 of 2