Rob Bonta
Attorney General of California
Thomas S. Patterson
Michael Newman
Senior Assistant Attorneys General
Anna Ferrari, SBN 261579
Lee I. Sherman, SBN 272271
Supervising Deputy Attorneys General
Kristi A. Hughes, SBN 235943
Cameron A. Bell, SBN 305872
Zelda Vassar, SBN 313789
Alyssa Zhang, SBN 360105
Asha Albuquerque, SBN 332901
Deputy Attorneys General
 1300 I Street, Suite 125
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3625
 Fax:  (415) 703-5480
 E-mail:  Asha.Albuquerque@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>                              Plaintiff,<br><br>   v.<br><br>**STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his official capacity; ROBERT BONTA, Attorney General of California, in his official capacity,**<br><br>                              Defendants. | 2:25-cv-10999-CAS-AJR<br><br>**JOINT STIPULATION RE: PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND RELATED ISSUES**<br><br>Judge:         The Honorable Christina A. Snyder<br>Trial Date:   None Designated<br>Action Filed: November 17, 2025 |

**JOINT STIPULATION**

Plaintiff the United States of America and Defendants the State of California, Rob Bonta, in his official capacity as Attorney General of the State of California, Gavin Newsom, in his official capacity as Governor of the State of California, by and through their counsel, agree and stipulate to the following:

1. On November 17, 2025, Plaintiff filed a complaint against Defendants. The complaint challenges sections 2 and 3 of Senate Bill 627 (2025-26 Reg. Session) and sections 2 and 10 of Senate Bill 805 (2025-26 Reg. Session) (together, "Challenged Provisions"), which are applicable to federal law enforcement officers and will become effective on January 1, 2026.

2. Defendants were served with Plaintiff's complaint and summons on November 24, 2025.

3. The deadline for Defendants to respond to Plaintiff's complaint is December 15, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

4. On November 25, 2025, Plaintiff filed a motion for a preliminary injunction. *See* ECF No. 11. To allow time for disposition of that motion before the Challenged Provisions take effect on January 1, 2026, Plaintiff noticed its motion for a hearing on December 22, 2025. *Id.* at 1.

5. On November 26, 2025, the Court, sua sponte, issued a scheduling order continuing the hearing on Plaintiff's motion for a preliminary injunction until January 12, 2026. *See* ECF No. 13.

6. Under local rule 7-10, Plaintiff's deadline to file its reply in support of its preliminary injunction motion is December 29, 2025.

7. On November 25, 2025, Plaintiff informed Defendants of its intent to move for a temporary restraining order seeking to stay enforcement of the Challenged Provisions until Plaintiff's motion for a preliminary injunction is resolved, unless Defendants agreed to stay enforcement of the Challenged

Provisions in the interim.

8. To promote the orderly presentation of issues and conserve Court resources, the parties hereby stipulate:

    a. Defendants the State of California, Governor Newsom, and Attorney General Bonta agree that neither they; nor their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them; will enforce, or take any action to enforce, the Challenged Provisions against federal law enforcement agencies or officers, until such time as the court rules on Plaintiff's motion for a preliminary injunction set for hearing on January 12. This agreement is made subject to and without waiving any argument that any defendant is an improper party to this action.

    b. Defendants' deadline to respond to Plaintiff's complaint is continued until after the Court rules on Plaintiff's motion for a preliminary injunction. Within twenty-one (21) days after that ruling, the parties agree to confer and file a proposed schedule for further proceedings, including the deadline for any responsive pleading.

9. The parties further stipulate: Due to pre-scheduled leave of Government counsel and end-of-year holidays, Plaintiff's deadline to file its reply in support of its preliminary injunction motion is January 5, 2026.

10. The parties agree that this stipulation will only be effective if the Court enters an order based on this stipulation, and that neither party is waiving any substantive claim or argument by entering into this stipulation.

**IT IS SO STIPULATED**

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division
Federal Programs Branch

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

BILAL A. ESSAYLI
First Assistant U.S. Attorney, Central District of California

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Director

Dated:  December 8, 2025

*/s/ Elisabeth J. Neylan*
ELISABETH J. NEYLAN (N.Y. Bar Reg. No. 6125736)
CRISTEN C. HANDLEY (MO Bar No. 69114)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-3519
Fax: (202) 616-8460
E-mail: Elisabeth.J.Neylan@usdoj.gov

*Attorneys for the United States*

|   |   |   |
|---|---|---|
| 1 | | Rob Bonta |
| | | Attorney General of California |
| 2 | | Thomas S. Patterson |
| | | Michael Newman |
| 3 | | Senior Assistant Attorneys General |
| | | Anna Ferrari, SBN 261579 |
| 4 | | Supervising Deputy Attorney General |
| | | Lee I. Sherman, SBN 272271 |
| 5 | | Supervising Deputy Attorneys General |
| 6 | | Kristi A. Hughes, SBN 235943 |
| | | Cameron Bell, SBN 305872 |
| 7 | | Zelda Vassar, SBN 313789 |
| | | Alyssa Zhang, SBN 360105 |

Dated: December 8, 2025

*/s/ Asha Albuquerque*
Asha Albuquerque
Deputy Attorneys General
*Attorneys for Defendants*

**Attestation**

I, Asha Albuquerque, hereby attest that all signatories listed have concurred in this joint stipulation's content and have authorized this filing.

*/s/ Asha Albuquerque*
Asha Albuquerque