IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his official capacity; ROBERT BONTA, Attorney General of California, in his official capacity,**<br><br>Defendants. | 2:25-cv-10999-CAS-AJR<br><br>**ORDER ON JOINT STIPULATION RE: PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND RELATED ISSUES**<br><br>Judge: The Honorable Christina A. Snyder<br>Trial Date: None Designated<br>Action Filed: November 17, 2025 |

The Court, having considered Plaintiff and Defendants' Joint Stipulation Re: Plaintiff's Motion for Preliminary Injunction and Related Issues and finding good cause appearing, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The deadline for Defendants to respond to Plaintiff's complaint is stayed until after the Court rules on Plaintiff's motion for a preliminary injunction. Within twenty-one (21) days following the Court's ruling, the parties shall confer and file a proposed schedule for further proceedings.

2. Defendants the State of California, Governor Newsom, and Attorney General Bonta agree that neither they, nor their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them, will enforce, or take any action to enforce the Challenged Provisions (as defined in the stipulation of the parties) of Senate Bills 627 and 805 (2025-2026 Reg. Session), against federal law enforcement agencies or officers, until such time as the Court rules on Plaintiff's motion for a preliminary injunction. This agreement is made subject to and without waiving any argument that any defendant is an improper party to this action.

3. Plaintiff's deadline to file its reply in support of its preliminary injunction motion is January 5, 2026.

**IT IS SO ORDERED.**

Dated: December 9, 2025

_____
The Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE