Rebecca Brown (SBN 345805)
*rbrown@publiccounsel.org*
YI Li (SBN 354281)
*yli@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: (213) 385-2977

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his Official Capacity; ROBERT BONTA, Attorney General of California, in his Official Capacity,<br><br>*Defendants*. | Case No.: 2:25-cv-10999<br><br>**MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF BY PUBLIC COUNSEL, CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW, INLAND COALITION FOR IMMIGRANT JUSTICE, IMMIGRANT DEFENDERS LAW CENTER AND ACLU OF SOUTHERN CALIFORNIA IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>**Date:** January 12, 2026<br>**Time:** 10:00 a.m.<br>**Before:** Hon. Christina A. Snyder<br><br>*Filed Concurrently With:*<br><br>[Proposed} Brief of Amici Curiae<br>[Proposed] Order |

Case No.: 2:25-cv-10999

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

## MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

Proposed amici curiae **Public Counsel**, the **Center for Human Rights and Constitutional Law** ("CHRCL"), the **Inland Coalition for Immigrant Justice** ("ICIJ"), **Immigrant Defenders Law Center** ("ImmDef"), and the **American Civil Liberties Union Foundation of Southern California** ("ACLU of Southern California") respectfully move this Court for leave to file the attached Brief of Amici Curiae in Support of Defendants' Opposition to Motion for Preliminary Injunction in the above-captioned case, currently set for hearing on January 12, 2026, at 10:00 AM by Zoom before the Honorable Judge Christina A. Snyder. Proposed amici seek leave of the Court to submit the attached brief explaining why the Court should deny Plaintiffs' Motion for Preliminary Injunction.

This Court has discretion to permit the filing of amicus curiae briefs where such submissions may assist the court. *See United States v. Ramirez*, No. 22-CR-573-FWS, 2025 WL 3019248, at *3 (C.D. Cal. Oct. 28, 2025) ("The court . . . considers an amicus brief filed by a 'Bipartisan Group of Current and Former Members of Congress.'"); *United States v. Mongol Nation*, 370 F. Supp. 3d 1090, 1121–23 (C.D. Cal. 2019) (considering multiple amici briefs).

Proposed amici respectfully contend that this brief would assist the Court in deciding this matter by expanding on the balance of harms at stake. Proposed amici argue Senate Bill No. 627 and Senate Bill No. 805 provide critical protections for communities harmed by masked and unidentified federal agents and promote immigrant communities' trust in law enforcement. The proposed brief is attached hereto as Exhibit A. Proposed amici understand that Plaintiff does not object to this motion.

Public Counsel, based in Los Angeles, California, is a nonprofit public interest law firm dedicated to advancing civil rights and racial and economic justice, as well as amplifying the power of its clients through comprehensive legal advocacy. Founded in 1970 and strengthened by a pro bono legal service model,

Public Counsel's staff and volunteers seek justice through direct legal services, promote healthy and resilient communities through education and outreach, and support community-led efforts to transform unjust systems in and beyond Los Angeles. Public Counsel provides pro bono placement and direct representation to individuals seeking asylum, withholding of removal, and relief under the Convention Against Torture. Our Immigrants' Rights team has decades of experience representing immigrants—including unaccompanied minors and families who enter the United States at or through the Mexican border—and currently represents hundreds of individuals seeking humanitarian relief. Public Counsel has a strong interest in ensuring that immigrants receive the full and fair process and benefits to which they are entitled.

The Center for Human Rights and Constitutional Law ("CHRCL") is a nonprofit organization based in California that provides training and technical support to direct legal service providers, addresses systemic injustice through advocacy and impact litigation, and advances and protects the rights of immigrants, refugees, children, and communities impacted by unlawful government policies. CHRCL has been counsel in a number of class action lawsuits protecting the rights of immigrants in California and nationwide, including in *Immgr. Ctr. for Women and Child. v. Noem*, No. 2:25-cv-09848-AB-AS (C.D. Cal.), *Flores v. Bondi*, No. CV 85-4544-DMG-AGR (C.D. Cal.), *Lucas R. v. Becerra*, No. CV 18-5741-DMG-PLAx (C.D. Cal.), *Fanfan v. Noem*, Case No.: 25cv03291-DMS-BJW (S.D. Cal.). Through its work with immigrant clients and legal service providers, CHRCL is acutely aware of the impact of civil immigration enforcement on California communities.

The Inland Coalition for Immigrant Justice ("ICIJ") is a coalition composed of over 40 organizations in San Bernardino and Riverside County that collectively focus on policy advocacy, legal services, community organizing, and direct community services. ICIJ also manages the Rapid Response Hotline for the region, a

hotline available for residents to call whenever they see or directly experience immigration enforcement in their community. Through this hotline, ICIJ has a direct pulse on the terror that communities are experiencing due to the unlawful raids carried out by violent, masked agents. This is why ICIJ was a proud cosponsor of SB 627, and why it continues to assert that California has the authority and obligation to regulate conduct within its borders that affect the public's safety.

Immigrant Defenders Law Center ("ImmDef"), is a nonprofit law firm based in Los Angeles, California, with additional offices in Riverside, Santa Ana, and San Diego. ImmDef defends immigrant communities against injustices in the immigration system and represents migrants facing removal or seeking asylum, withholding of removal, or relief under the Convention Against Torture. ImmDef envisions a future where no immigrant is forced to face that unjust immigration system alone. ImmDef also has a strong interest in ensuring that the federal government abides by the U.S. Constitution, as well as federal and state statutes and regulations while it conducts immigration enforcement operations, including by ensuring that agents identify themselves and are not masked, so that immigrants' rights are not violated in the course of such enforcement actions and immigrant communities do not fear interacting with law enforcement when they are victims of or witnesses to crimes.

The American Civil Liberties Union Foundation of Southern California ("ACLU of Southern California") is a nonprofit organization dedicated to the principles of liberty and equality embodied in the Constitution and this nation's civil rights laws. The ACLU of Southern California's Immigrant Rights' Project uses litigation, advocacy, and public education to protect all immigrants – citizens and non-citizens alike – from unlawful arrests, discrimination and law enforcement abuses, and to ensure that they are afforded their due process rights. The ACLU has a longstanding commitment to preserving the constitutional rights of persons involved in encounters with law enforcement and have often participated in legal

matters as parties or as friends to the court to address the legal issues that arise in such encounters. The ACLU of Southern California has frequently appeared before this Court, both as direct counsel and as *amicus curiae*, and has served as counsel in several class action lawsuits that protect the rights of immigrants in this country. Additionally, the California ACLU affiliates have engaged in efforts to monitor and reduce the disproportionate exercise of law enforcement authority upon communities of color, low-income communities, and other vulnerable populations. For example, they have sued on behalf of Latino students who were racially profiled, detained, and searched by police and school officials; intervened in litigation to ensure that local law enforcement may not confiscate individuals' property based on their immigration status; and pushed for public access to records revealing patterns of police use of automated license plate readers. Because this case concerns important questions regarding the scope of law enforcement authority, individuals' rights to be free from unreasonable searches, and the appropriate balance between the two, proper resolution of the matter is of significant concern to amici and their members.

Public Counsel, the Center for Human Rights and Constitutional Law, the Inland Coalition for Immigrant Justice, Immigrant Defenders Law Center, and the American Civil Liberties Union Foundation of Southern California respectfully request leave from this Court to file the accompanying brief addressing the effects that immigration raids by masked and unidentified law enforcement agents have on public safety and immigrant communities' trust in law enforcement.

///

///

///

///

DATED:  December 22, 2025

Respectfully submitted,

**PUBLIC COUNSEL**

By: _/s/ Rebecca Brown_
Rebecca Brown
*Attorney for Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on the date set forth, a true copy of the foregoing **MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF BY PUBLIC COUNSEL, CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW, INLAND COALITION FOR IMMIGRANT JUSTICE, IMMIGRANT DEFENDERS LAW CENTER AND ACLU OF SOUTHERN CALIFORNIA IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] BRIEF OF AMICI CURIAE; AND [PROPOSED] ORDER**

was filed electronically with the Clerk of the United States District Court for the Central District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System. All parties and counsel have been served.

Executed this 22nd day of December 2025 in Los Angeles, California.

By:     */s/ Rebecca Brown*
        Rebecca Brown

Case No.: 2:25-cv-10999
CERTIFICATE OF SERVICE