1 | ROB BONTA
Attorney General of California
2 | MICHAEL L. NEWMAN
THOMAS S. PATTERSON
3 | Senior Assistant Attorneys General
ANNA FERRARI, SBN 261579
4 | LEE I. SHERMAN, SBN 272271
Supervising Deputy Attorneys General
5 | KRISTI A. HUGHES, SBN 235943
ZELDA VASSAR, SBN 313789
6 | ASHA ALBUQUERQUE, SBN 332901
ALYSSA ZHANG, SBN 360105
7 | CAMERON A. BELL, SBN 305872
Deputy Attorneys General
8 | 300 S. Spring Street
Los Angeles, CA 90013
9 | Telephone: (213) 269-6000
E-mail: Cameron.Bell@doj.ca.gov
10 | *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his official capacity; ROBERT BONTA, Attorney General of California, in his official capacity,**<br><br>Defendants. | 2:25-cv-10999-CAS-AJR<br><br>**DECLARATION OF ANDREA VELEZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

1

## DECLARATION OF ANDREA VELEZ

I, Andrea Velez, declare as follows:

1. I make this declaration from my personal knowledge and if called to testify to these facts, I could and would do so competently.

2. My name is Andrea Velez. I am a United States citizen and a resident of Los Angeles, California. I am 32 years old. I work as a production coordinator for a shoe company.

3. I am submitting this declaration to describe how masked, unidentified men handcuffed and detained me in downtown Los Angeles on June 24, 2025.

4. At approximately 9:00 AM on June 24, 2025, my mother and sister dropped me off at work in downtown Los Angeles. Moments later, a group of masked men in plain clothes and sneakers jumped out of several unmarked SUVs and began chasing and attacking people down the street. All the men wore gaiter masks. Some wore "Police" vests over hoodies or t-shirts. They didn't identify themselves, so I was scared.

5. One masked man charged at me. He wore plain clothes and a generic vest that read "Police" on it, and he was carrying a Taser. He was approximately 6 feet tall and aggressive. In comparison, I am under 5 feet tall (4 feet 11 inches). I was terrified. I used my work bag as a shield. He grabbed me and slammed me into the sidewalk. As I tried to gather my belongings, the masked man ran back to me. He threatened me with arrest for assaulting and interfering with an officer.

6. I asked the masked man to identify himself by showing me his badge number, ID, or a warrant. He said that I "didn't need to know any of that," and his "Police" vest should be enough confirmation. I told the masked man my name and repeatedly said that I am a United States citizen, but the man did not respond. Instead, he snatched my bag and cellphone and placed me in handcuffs. The masked man dragged me towards an unmarked SUV with no license plate. I yelled out my mother's phone number in hopes that a bystander would tell her what

happened to me. I thought that my mother was probably going to wait for me to come home, and I was worried that I would never make it back home.

7. The masked man shoved me into the back seat of the SUV and slammed the door. I felt intense fear as I sat alone in the back of the car. I thought they were kidnapping me. I later learned that my mother and sister witnessed the incident and reported to the Los Angeles Police Department (LAPD) that I was kidnapped, and because of my mother's call, LAPD showed up to the raid.

8. I heard helicopters whizzing by and saw officers in LAPD uniforms. I began yelling for help and knocking on the windows of the car. Despite my handcuffs, I managed to open the car door. I ran to an LAPD officer and asked for help: "I don't know who these people are, and I'm being kidnapped." I also told him, "If I did anything wrong, I want LAPD to arrest me. I trust people in uniforms."

9. Within moments, the masked man noticed I wasn't in the car and ran up screaming, "She's mine." The man cinched my handcuffs even tighter. He hoisted me off the ground and carried me back to the car. He threw me in the back seat, jumped into the car, and drove off without providing any further explanation for why I was taken or where we were going.

10. Another masked man in a red shirt rode along with us. While driving, the masked man called others, asking them "how many bodies they got that day." When the man heard the total count, he began screaming with rage. During the calls, he referred to me as "an alleged United States citizen," but he did not ask for or check the ID in my bag.

11. The masked men took me to a parking structure, where I was asked to provide identification and allowed to make one phone call. I was then taken to a holding cell, and then shackled in a van. While I was in the van, I observed masked and plainclothes agents in unmarked cars deliver new groups of arrestees and drive off. Around 2:00 PM, a man removed me from the van, and I was interrogated and

photographed. Then, two detectives wearing sneakers and plain clothes took me to the Metropolitan Detention Center in downtown Los Angeles.

12. After being detained for more than 48 hours, I was brought to court and learned for the first time that I was being charged with assaulting a federal officer. I was in shock and disbelief at the false claim that I had struck a federal agent on the face. I am not aggressive, and I am petite. On July 10, 2025, my charges were dropped without prejudice.

13. Since that day, I no longer feel safe. Being detained by masked, unidentified men while on my way to work has caused me lingering trauma. I began therapy because I have enduring anxiousness that leaving my home might lead to another incarceration. I work on a hybrid schedule now because I'm afraid of going to downtown Los Angeles every workday. I believe I was racially profiled during this incident. Though I try to detach from my trauma, my community continues to be targeted simply because of the color of our skin. Federal agents are still rounding up people every day. We are left to be vulnerable, forced to fend for ourselves. Dignity, safety, and justice are not privileges—they are fundamental rights. I never imagined this would occur in America.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of December 2025, in Los Angeles, California

*/s/ Andrea Velez*

Andrea Velez

4