Rob Bonta
Attorney General of California
Michael L. Newman
Thomas S. Patterson
Senior Assistant Attorneys General
Anna Ferrari, SBN 261579
Lee I. Sherman, SBN 272271
Supervising Deputy Attorneys General
Kristi A. Hughes, SBN 235943
Zelda Vassar, SBN 313789
Asha Albuquerque, SBN 332901
Alyssa Zhang, SBN 360105
Cameron A. Bell, SBN 305872
Deputy Attorneys General
 300 S. Spring Street
 Los Angeles, CA 90013
 Telephone: (213) 269-6000
 E-mail: Cameron.Bell@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his official capacity; ROBERT BONTA, Attorney General of California, in his official capacity,**<br><br>Defendants. | 2:25-cv-10999-CAS-AJR<br><br>**DECLARATION OF RAFIE OLLAH SHOUHED IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF RAFIE OLLAH SHOUHED

I, Rafie Ollah Shouhed, declare as follows:

1. I make this declaration from my personal knowledge and if called to testify to these facts, I could and would do so competently.

2. My name is Rafie Ollah Shouhed. I am a United States citizen, 79 years old, and the owner of a car wash located at 7530 Van Nuys Boulevard in Van Nuys, California.

3. I have a serious heart condition, for which I had heart surgery in 2024. I have stents in my heart. My health is a major concern.

4. On September 9, 2025, between approximately 10:00 a.m. and 11:00 a.m., a group of federal immigration enforcement officers entered and conducted an enforcement action at my business. They did not announce themselves nor did they present any warrant.

5. All of the officers who entered my business were wearing gaiter masks that covered their faces. I could not see their faces clearly, and I could not identify any of them. Some were wearing plain clothes, including t-shirts and jeans, while others were wearing uniforms. They wore vests that read "Police." None of the officers verbally identified themselves, stated their names, or displayed their names, badge numbers, or other identifying information.

6. Because the officers were masked and unidentified, I did not know who they were, what agency they were from, or what authority they were exercising. I immediately felt confused and afraid.

7. I was inside my car wash when the raid began. As I attempted to go outside to understand what was happening, a masked agent rushed down a narrow hallway inside the car wash and ran straight towards me. When I saw him rushing towards me, I did my best to stop so we would not collide. However, the agent continued running towards me and, without saying anything or giving any warning, the agent roughly pushed me to the ground. The agent did not identify himself or

1 explain why he was using force.

2     8.    Despite being hurt and injured, I went outside because I wanted to help
3 and to clarify the situation. I observed numerous agents on my property, all wearing
4 masks and sunglasses. Several agents were armed. None of the agents I encountered
5 identified themselves by name or badge number, and none explained why they were
6 there or what authority they were exercising.

7     9.    When I went outside, I saw a masked agent grabbing one of my
8 employees. I approached the unidentified agent and said, "If there is anything I can
9 do for you, let me help you." I did not touch any agent, threaten anyone, or interfere
10 physically in any way. The agent did not respond verbally at all.

11     10.    Before I could say anything else, without warning or provocation,
12 the unidentified agent grabbed me by the neck. Another, much larger, agent then
13 ran toward me, grabbed me around my body, and forcefully body-slammed me
14 onto the pavement. Another agent joined, and the three agents restrained me by
15 sitting on my back and placing their knees on my body, including on my neck. I
16 was in extreme pain and confusion by the abrupt force used against me.
17 Throughout this encounter, none of the agents identified themselves or explained
18 why they were using force against me. The only thing I heard at some point during
19 the encounter is, "You don't fuck with ICE."

20     11.    Because the officers were masked and unidentified, I could not tell
21 who was touching me, who was giving orders, or who was responsible for the force
22 being used. I was terrified and feared for my life.

23     12.    I repeatedly told the officers that I have a serious heart condition, I had
24 recently undergone heart surgery, I had stents in my heart, and I was having
25 difficulty breathing. Due to the force of slamming on the ground, my body,
26 especially my ribs and elbows, was in excruciating pain. I repeatedly asked for
27 medical help. The agents ignored my requests and continued restraining and
28 handcuffing me.

13. After I was handcuffed, the agents transported me to the Metropolitan Detention Center in downtown Los Angeles. During transport and upon arrival, I was not told why I was being detained, whether I was under arrest, or what would happen to me.

14. While detained, within the first hours, an officer reviewed my identification and confirmed that I am a United States citizen. Despite this, I remained detained for at least an additional ten hours. I was not allowed to contact my family, and my personal belongings were taken. I was not provided any food or medical attention and was only given one bottle of water during the entire near twelve-hour period of my being handcuffed.

15. I was eventually released without charges. Due to the injuries I suffered, my daughter took me directly to a hospital for medical treatment where medical providers documented injuries including severe chest-wall trauma, rib injuries, contusions and swelling to my elbows and arms, abrasions, a brain bleed, and post-concussive symptoms consistent with a traumatic brain injury.

16. At all times during this incident, the agents involved were masked and anonymous. Because they did not display their names, badge numbers, or other identifying information, I was unable to know who they were, what authority they were acting under, or how to later identify the individuals who injured me.

17. The fact that the agents were masked and unidentified caused significant fear, confusion, and escalation. I did not know whether I was dealing with legitimate law enforcement or impersonators. I did not have any way to communicate safely with them or seek accountability for their actions towards me and my employees. The fact that the officers were masked and unidentified made it impossible for me to understand what was happening, to know whether I was safe, or to hold anyone accountable afterward.

18. This experience of masked, unidentified agents raiding my business has had a lasting impact on me physically and emotionally. I have a hard time

breathing because my ribs are injured, and my doctor said there's nothing they can do about it. It is difficult for me to sleep at night. This incident has left me with anxiety, intrusive recollections, insomnia, and intense fear around other officers and at my business.

19. Had the officers been required to display their names or badge numbers and to be identifiable, I believe the encounter would have been less frightening and confusing, and would not have escalated in the way that it did. If the officers had merely taken the time to communicate with me, instead of resorting to immediate brutal physical force, there would never have been any reason to handcuff or brutalize me, as I would have communicated back peacefully to them.

20. I filed a federal tort claim and my understanding, based on statements made in response to my complaint, is these agents were employed by Department of Homeland Security and Custom and Border Patrol.

21. I make this declaration to truthfully describe my experience and the impact that masked, unidentified law enforcement officers had on my safety, my ability to understand what was happening, and my ability to later seek relief for the harm I suffered.

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed this 19th day of December 2025, in Tarzana, California.

_____

Rafie Ollah Shouhed