IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his official capacity; ROBERT BONTA, Attorney General of California, in his official capacity,<br><br>Defendants. | 2:25-cv-10999-CAS-AJR<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:        January 12, 2026<br>Time:       10:00 a.m.<br>Courtroom: 8D<br>Judge:      The Honorable Christina A. Snyder<br>Trial Date: not set<br>Action Filed: November 17, 2025 |

The Court, having considered Plaintiff's Motion for Preliminary Injunction and Defendants' Opposition and finding good cause appearing, hereby DENIES the Plaintiff's Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE

1