1  Jean Larsen (SBN 351989)
2  *jean@publicrightsproject.org*
   Jenny Ma
3  Eliana Greenberg
4  Jonathan Miller
   **PUBLIC RIGHTS PROJECT**
5  490 43rd Street, #115
   Oakland, CA 94609
6  Tel: (510) 738-6788
7
8
9      **IN THE UNITED STATES DISTRICT COURT FOR THE**
10         **CENTRAL DISTRICT OF CALIFORNIA**
            **WESTERN DIVISION**
11

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 2:25-cv-10999 |
| *Plaintiff*, | **MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his Official Capacity; ROBERT BONTA, Attorney General of California, in his Official Capacity, | Date:    January 12, 2026<br>Time:    10:00 a.m.<br>Before:  Hon. Christina A. Snyder |
| *Defendants*. | *Filed Concurrently with:*<br>[Proposed] Brief of *Amici Curiae*<br>[Proposed] Order |

23      **MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE***
24
25     Proposed *amici* local governments and local government officials seek
26  leave of the Court to submit the attached amicus brief, which addresses the harm
27  to the public interest, as reflected in *amici's* communities, through the deployment
28

of anonymous federal law enforcement in California. *Amici*'s proposed brief is submitted concurrently with this Motion (*see* Ex. 1) and accompanying Proposed Order in support of Defendants Opposition to Plaintiff's Motion for Preliminary Injunction. (Dkt. 29).

In support of said unopposed motion, proposed *amici* state as follows:

*Amici* have received consent to file this brief from all the parties to this case. Moreover, this Court has broad discretion to permit the filing of *amicus curiae* briefs where such submission may assist the Court. *See United States v. Ramirez*, No. 22-CR-573-FWS, 2025 WL 3019248, at *3 (C.D. Cal Oct. 28, 2025) ("The court… considers an amicus brief filed by a 'Bipartisan Group of Current and Former Members of Congress.'"); *United States v. Mongol Nation*, 370 F. Supp. 3d 1090, 1121-12 (C.D. Cal. 2019) (considering multiple briefs). This Court has also granted leave to file to *amici curiae* affiliated with local governments when such a motion is unopposed. *See, e.g.*, *WildEarth Guardians v. Haaland*, 561 F. Supp. 3d 890, 905-06 (C.D. Cal. 2021) (granting a joint powers organization of local governments leave to file an amicus brief in support of summary judgment motion).

Courts routinely grant requests to submit briefs by *amici curiae* when "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Relevant Grp., LLC v. Nourmand*, No. 2:19-cv-05019-ODW, 2022 WL 3096871, at *1 (C.D. Cal. May

17, 2022) (quoting *Cmty. Ass'n for Restoration of Env't v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999)). This brief would assist the Court by offering the unique and highly relevant perspective of local governments in communities impacted by increasingly aggressive and anonymous federal immigration enforcement.

    *Amici* represent millions of Californians, and share an interest and responsibility in safeguarding the general welfare and security of their residents. As explained in the proposed brief, *amici* recognize that identifiable law enforcement is essential to public safety, have experienced the effect of the federal government's recent anonymous policing tactics, and several have passed local ordinances in response to community needs arising from these federal efforts. *Amici* also explain how masked law enforcement has increased fears and confusion, harmed public safety, and imposed concrete harms in *amici*'s communities. Further, *amici* state that masked and unidentified law enforcement enables bad actors to criminally impersonate federal agents, increasing danger for law enforcement and residents of *amici*'s communities alike. *Amici* thus provide a unique perspective relevant to the Court's disposition of Plaintiff's Motion for Preliminary Injunction.

    For the foregoing reasons, proposed *amici curiae* respectfully request that this Court permit the filing of the concurrently filed amicus brief.

MOTION FOR LEAVE TO FILE BRIEF OF *AMICI* CURIAE No. 2:25-cv-10999

1

2

3          DATED:  December 29, 2025

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

**PUBLIC RIGHTS PROJECT**

By:      */s/ Jean Larsen*
         Jean Larsen
         *Counsel for Amici Curiae*

1

**CERTIFICATE OF SERVICE**

2

3          I hereby certify that on this 29th day of December 2025, I electronically

4    filed the foregoing Motion for Leave to file together with the accompanying

5    Proposed Brief of *Amici Curiae*, and Proposed Order with the Clerk of the Court

6

7    for the United States District Court for the Central District of California by using

8    the CM/ECF system, and soon thereafter mailed via Federal Express the chamber

9    copies to the Honorable Christina A. Snyder, United States District Judge's mail

10

11   box outside the Clerk's Office on the 4th floor of the 1st Street

12   Courthouse. Participants in the case who are registered CM/ECF users will be

13   served by the CM/ECF system. Parties may access this filing through the Court's

14

15   CM/ECF System.

16

17

18                                        */s/ Jean Larsen*
                                          ———————————————
19                                        Jean Larsen
                                          *Counsel for Amici Curiae*
20

21

22

23

24

25

26

27

28