1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his Official Capacity; ROBERT BONTA, Attorney General of California, in his Official Capacity,<br><br>*Defendants*. | Case No. 2:25-cv-10999<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:    January 12, 2026<br>Time:   10:00 a.m.<br>Before: Hon. Christina A. Snyder |

## ORDER

On December 29th, 2025, the *amici curiae* of local government and local government leaders filed a Motion for Leave to File an *Amicus* brief in support of Defendants' Opposition (Dkt. 29) to the Government's Motion for a Preliminary Injunction (Dkt. 11).

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE, No. 2:25-cv-10999

The Court, having considered *amici curiae*'s Motion and the arguments therein and finding good cause therefore, hereby **GRANTS** the Motion for Leave and **ORDERS** that the brief submitted as Exhibit 1 to the Motion be filed.

**IT IS SO ORDERED**.

Dated:

---

Honorable Christina A. Snyder

UNITED STATES DISTRICT JUDGE