# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his Official Capacity; ROBERT BONTA, Attorney General of California, in his Official Capacity,<br><br>*Defendants*. | Case No. 2:25-cv-10999 CAS (AJRx)<br><br>**ORDER GRANTING  MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF BY PUBLIC COUNSEL, CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW, INLAND COALITION FOR IMMIGRANT JUSTICE, IMMIGRANT DEFENDERS LAW CENTER, AND ACLU OF SOUTHERN CALIFORNIA [28]** |

Upon full consideration of the motion of Public Counsel, Center for Human Rights and Constitutional Law, Inland Coalition for Immigrant Justice, Immigrant Defenders Law Center, and ACLU of Southern California for leave to file an amicus curiae brief in support of Defendants' Opposition to Motion for Preliminary Injunction, as well as all supporting documents and papers on file with the Court, it is hereby ordered that the Motion for Leave is GRANTED.

///

///

It is FURTHER ORDERED that the brief of amici Public Counsel, et al. is deemed submitted as of the date set forth below.

Dated: January 6, 2026

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2