

1  Jean Larsen (SBN 351989)
2  *jean@publicrightsproject.org*
   Jenny Ma
3  Eliana Greenberg
   Jonathan Miller
4  **PUBLIC RIGHTS PROJECT**
5  490 43rd Street, #115
   Oakland, CA 94609
6  Tel: (510) 738-6788
7
8
9
10      **IN THE UNITED STATES DISTRICT COURT FOR THE**
11          **CENTRAL DISTRICT OF CALIFORNIA**
12                **WESTERN DIVISION**
13
14  THE UNITED STATES OF AMERICA,        Case No. 2:25-cv-10999 CAS (AJRx)
                        *Plaintiff*,
15                                        **BRIEF OF *AMICI CURIAE***
16              v.                        **LOCAL GOVERNMENTS AND**
                                          **LOCAL GOVERNMENT**
17  STATE OF CALIFORNIA; GAVIN           **LEADERS IN SUPPORT OF**
18  NEWSOM, Governor of California, in   **DEFENDANTS' OPPOSITION TO**
    his Official Capacity; ROBERT        **MOTION FOR PRELIMINARY**
19  BONTA, Attorney General of California, **INJUNCTION**
20  in his Official Capacity,
                        *Defendants*.
21
22
23
24
25
26
27
28
        [PROPOSED] BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS

**FILED**
CLERK, U.S. DISTRICT COURT

January 6, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CMJ___ DEPUTY

# TABLE OF CONTENTS

STATEMENT OF INTEREST.................................................................1

ARGUMENT ......................................................................................2

I.    *AMICI*'S COMMUNITIES HAVE LONG RECOGNIZED THAT IDENTIFIABLE LAW ENFORCEMENT IS ESSENTIAL TO PUBLIC SAFETY ..............................................3

II.   ANONYMOUS FEDERAL LAW ENFORCEMENT DRIVES FEAR AND CONFUSION, UNDERMINES PUBLIC SAFETY, AND IMPOSES CONCRETE HARMS ON *AMICI*'S JURISDICTIONS ......................................7

    A.    Masked, Unbadged Federal Agents Who Purposefully Obscure Their Identities While on Duty Have Generated Widespread Confusion and Fear...............................7

    B.    Masked and Unidentifiable Policing Undermines Public Safety and Enables Criminal Impersonation. ......................10

    C.    These Practices Have Imposed Concrete, Measurable Harms on Amici Jurisdictions and Their Residents. ...........14

III.  SERIOUS CONSTITUTIONAL VIOLATIONS HAVE OCCURRED IN *AMICI*'S COMMUNITIES AND ANONYMITY CURTAILS RESIDENTS' ABILITY TO SEEK ANY REDRESS...............................................19

CONCLUSION.................................................................................22

ADDITIONAL COUNSEL ................................................................24

Appendix A - List of Amici Curiae ...................................................26

# TABLE OF AUTHORITIES

**CASES**

*Bernhardt v. Los Angeles County*,
   339 F.3d 920, (9th Cir. 2003) ...........................................................2

*Sammartano v. First Jud. District Court*,
   303 F.3d 959, (9th Cir. 2002) ...........................................................2

**CALIFORNIA STATUTES**

Sen. Bill 264, 2025-2026 Reg. Sess. (Cal. 2025) ...............................14

Sen. Bill 627, 2025-2026 Reg. Sess., ch. 125, 2025 Cal Stat. ..............1

Sen. Bill 805, 2025-2026 Reg. Sess., ch. 126, 2025 Cal. Stat. .............1

**LEGISLATIVE MATERIALS**

*Hearing on S.B. 627 Before the Senate Standing Committee on
   Public Safety*, 2025-2026 Reg. Sess. (Cal. 2025)........................16

*Hearing on S.B. 805 Before the Senate Standing Committee on
   Public Safety*, 2025-2026 Reg. Sess. (Cal. 2025)........................20

U.S. Senate, Permanent Subcommittee on Investigations,
   *Unchecked Authority: Examining the Trump
   Administration's Extrajudicial Immigration Detentions* (Dec.
   9, 2025)...........................................................................20, 21, 22

**OTHER AUTHORITIES**

*2 men arrested for allegedly impersonating ICE officers and
   harassing shoppers in Fresno*, ABC 30 (Feb. 27, 2025)...............12

ABC News, *LA school enrollment drops amid ICE raids*
   (YouTube, Nov. 30, 2025)............................................................19

Alex Stone, *Los Angeles police responded to a kidnapping call.
But instead found an ICE operation*, ABC News (June 25,
2025) ............................................................................................. 14

Allie Preston, *Masked and Unidentifiable: The Risks of Federal
Law Enforcement Operating Without Identification*, Ctr. for
Am. Progress (Aug. 28, 2025) ....................................................... 11

Amy Larson, *Driver with fake federal agent badges arrested in
Alameda*, KRON 4 (Nov. 21, 2025) .............................................. 13

Andrew Lopez, *ICE raids push Boyle Heights restaurants to the
brink: 'I don't know how much longer we can do this'* Boyle
Heights Beat (Aug. 7, 2025) .......................................................... 18

Angelique Brenes, *ICE agents detain mother in Pasadena in
front of children without showing a warrant*, KTLA (June 28,
2025) ............................................................................................. 15

Anita Chabria, *Homeland Security says it doesn't detain citizens.
These brave Californians prove it has* (Dec. 12, 2025) ................ 20

Anthony Victoria, *Riverside adopts resolution requiring federal
agents to show ID and condemning mask use*, KVCR (Oct.
15, 2025) ........................................................................................ 6

Ayah Ali-Ahmad, *Alameda County approves $3.6 million to
scale up immigrant defense amid ICE surge*, Oaklandside
(Oct. 15, 2025) .............................................................................. 17

Bay Area Council Econ. Inst. & Univ. of Cal., Merced, *The
Economic Impact of Mass Deportation in California* (June
2025) ............................................................................................. 18

Bay City News Service, *Regional: Local Cities, Counties
Launch Regional Fund For Families Impacted By Ice Raids*,
SF Gate (Sept. 19, 2025) ......................................................... 8, 17

*Best Practices for Law Enforcement to Preserve Community Trust in the Context of Increased Immigration Enforcement*, Law Enf't Immigr. Task Force (Dec. 23, 2024) .............................. 4

Camilo Montoya-Galvez, *ICE head says he won't block agents from wearing masks, confirms use of Medicaid data*, CBS News (July 18, 2025) ................................................. 13

Claudia Boyd-Barrett, *California Faces Limits as It Directs Health Facilities To Push Back on Immigration Raids*, Kaiser Fam. Found. Health News (Oct. 30, 2025) ................................. 19

*County of Santa Clara Allocates Additional Funding for Rapid Response as Immigration Enforcement Activity Escalates in California*, Cnty. of Santa Clara (June 20, 2025) ........................ 17

Dani Anguiano, *California police intervene as ICE agent in plain clothes points gun at woman*, The Guardian (Nov. 11, 2025) ....... 10

Daniel Moritz-Rabson, *By Refusing to Show Faces or Badges, ICE Opens Door to Vigilante Impersonators*, Truthout (July 19, 2025) ........................................................... 4

Dell Cameron & Caroline Haskins, *FBI Warns of Criminals Posing as ICE, Urges Agents to ID Themselves*, Wired (Nov. 4, 2025) ............................................................. 13

*Department Notice: Response to Incidents Involving Federal Civil Immigration Enforcement*, San Francisco Police Dep't (Aug. 26, 2025) ................................................... 16

Enrique Chiabra, *Healthcare Clinic Reports Appointment Cancellations and No-Shows Amid Fear of ICE Raids*, Ctr. for Health Journalism (July 19, 2025) .......................... 19

*Face Coverings and Police-Community Engagement*, Int'l Ass'n of Chiefs of Police (Nov. 3, 2020) .................................... 4

Helen Jeong, *DHS arrests over 10,000 undocumented immigrants, Sec. Noem says*, NBC Los Angeles (Dec. 12, 2025) ........................................................................... 20

Helen Jeong, *Growing calls for police to show ID and face amid rise in ICE impersonators*, NBC Los Angeles (June 23, 2025) ................................................................................ 8

Iris Kwok & Howard Blume, *High school bullying is up, attendance down as ICE raids sow 'climate of distress,' study says*, LA Times (Dec. 9, 2025) ...................................... 18

J. David McSwane and Hanna Allam, *Unfettered and Unaccountable: How Trump Is Building a Violent, Shadowy Federal Police Force,* ProPublica (Oct. 18, 2025) .................. 5, 22

Jacob Sisneros, *Amid string of raids, immigration agents chase gardener, tackle him in front of LBPD officers, witnesses say*, Long Beach Post News (Nov. 21, 2025) ........................... 9, 10, 11

Jared Bennett, *LAPD chief instructs officers to verify identity of federal immigration agents*, LAist (July 3, 2025) ........................ 15

Jenny Jarvie, *ICE agents wearing masks add new levels of intimidation, confusion during L.A. raids,* LA Times (July 7, 2025) ......................................................................... 7, 8

Joe Dawson, *Who Is That? The Study of Anonymity and Behavior*, Ass'n for Psychological Sci. (Mar. 30, 2018) .............. 11

Jose Olivares & Lisa Dsjardins, *Rise of ICE agents wearing masks creates opportunity for imposters to conduct crimes*, PBS News Hour (July 7, 2025) ...................................... 13

Joseph Geha, *San José Aims to Thwart ICE With New Policies on Masks and Public Properties*, KQED (Nov. 3, 2025) ............... 6

Josh Campbell, *As ICE escalates its tactics, are federal agents truly 'untouchable' in the eyes of the law?* CNN (Nov. 15, 2025) ........................................................................... 19

[PROPOSED] BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS

v

Joyce Chu, *San Jose moves to block ICE from city properties, tighten immigrant protection*, Local News Matters (Oct. 30, 2025) ................................................................................6

Kennedy Zak, *Fear of ICE Raids Drains Businesses*, LA Bus. J. (Nov. 17, 2025) ...............................................................18

Kevin Tidmarsh, *LA County supervisors approve mask ban to take effect in 30 days, setting up showdown with feds*, LAist (Dec. 9, 2025) ....................................................................6

LAist, *No-shows and cancellations are up at some L.A. hospitals since federal immigration action began*, Boyle Heights Beat (July 9, 2025) ....................................................................19

Laurie Perez, *Southern California family says off-duty agent detained and held their teenage son at gunpoint,* CBS News (Nov. 18, 2025) ...................................................................15

*Law Enforcement Best Practices: Lessons Learned from the Field*, Cmty. Oriented Policing Servs., U.S. Dep't of Just. (2019) ...........................................................................4

Libor Jany & Hailey Wang, *As ICE raids surged this summer, emergency calls to LAPD plummeted*, LA Times (Sept. 20, 2025) ...........................................................................16

Maaz Alin, *LA County Supervisors Vote to Ban Masked Law Enforcement Officers*, Santa Monica Daily News (Dec. 6, 2025) ............................................................................6

Makenna Sievertson, *'No Vigilantes Act,'* LAist (June 23, 2025) ........9

Marcus Woo, *Masks save lives, but may hinder communication*, ABC News (Dec. 26, 2020) ..........................................................12

Melissa Gomez, *He was 'trying to stay alive.' Family memorializes man who died in Camarillo immigration raid*, LA Times (July 22, 2025) ............................................................21

[PROPOSED] BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS

Michael Lozano, *Behind the masks: Who are the people rounding up immigrants in California?* CalMatters (July 17, 2025) ............................................................................5

Nathan Solis & Richard Winton, *'Who are these people?' Masked immigration agents challenge local police, sow fear in L.A.*, LA Times (June 24, 2025) ....................................8, 12, 13

Nic Garcia & KJ Hiramoto, *ICE Agent Shoots at Car in California Standoff: Driver, CPB Agents Share Conflicting Accounts to Police*, FOX11 LA (Aug. 16, 2025) .....................9, 15

Ray Sanchez & Alisha Ebrahimji, *Masked ICE officers: The new calling card of the Trump administration's immigration crackdown*, CNN (June 21, 2025) ...................................................4

Robert Handa, *San Jose passes ordinance requiring ICE agents to be masked*, NBC Bay Area (Oct. 29, 2025) ...............................6

Suhauna Hussain & Md Fazlur Rahman, *California's economy is already getting hit by immigration raids*, LA Times (July 30, 2025) ......................................................................18

Univ. of Cal., Merced, Cmty. and Lab. Ctr., *The Effects of Recent Federal Immigration Enforcement on Private Sector Employment in California and Washington, D.C.* (Nov. 2025) ..............................................................................17, 18

USA TODAY, *Why are ICE agents hiding behind masks? | The Excerpt* (YouTube, July 30, 2025) .................................................10

WTVC NewsChannel 9, *LIVE: President Trump addresses the federal crackdown on crime in Washington, D.C.* (YouTube, Aug. 11, 2025) ........................................................................22

**STATEMENT OF INTEREST**

*Amici* are local governments and local government leaders from across the state of California.[1] *Amici* write in support of Defendants' Opposition to the Plaintiff's Motion for Preliminary Injunction to enjoin two California statutes passed in response to frequent and destructive immigration enforcement tactics occurring in our jurisdictions. Since early 2025, federal agents have targeted California communities with increasingly aggressive tactics—often while wearing masks and balaclavas and without any clear identification or badges—as they conduct enforcement raids.

The challenged No Vigilantes Act, Sen. Bill 805, 2025-2026 Reg. Sess., ch. 126, 2025 Cal. Stat., and the No Secret Police Act, Sen. Bill 627, 2025-2026 Reg. Sess., ch. 125, 2025 Cal Stat., simply prevent law enforcement officers at both the local and federal level from obscuring their identities while on duty. These laws codify longstanding and common-sense practices already utilized by many local police departments and, *until this past year*, federal agents. Even assuming each federal agent is performing lawful duties within the contours of their job duties, it is of no controversy for *amici* to ask that immigration enforcement occurs within

---

[1] No party or party's counsel authored this brief in whole or in part and no party or party's counsel contributed money intended to fund preparation or submission of this brief. A list of all *amici* is provided at Appendix A. All parties have consented to the filing of this brief.

our jurisdictions by agents who do not hide their faces, names, badge numbers, and agency.

*Amici* cities and local government leaders understand that the challenged Acts are necessary for public safety and are in response to the unprecedented, violent, indiscriminate, and sometimes unlawful federal immigration enforcement activities occurring throughout the State. *Amici* share a common interest and responsibility in protecting the general welfare of all of our residents and creating safer communities. Anonymity in law enforcement decreases public safety, reduces public trust in government, and does nothing to serve the public interest. Some *amici* have also borne witness to the events described in this brief and are uniquely able to provide the Court with a window into the public interest based on their perspectives. *Amici,* accordingly, have strong interests in the constitutionality of the challenged Acts.

## ARGUMENT

*Amici* seek to protect their community members and their own interests by supporting Defendants' opposition to the Government's request for an injunction of the challenged Acts. In deciding whether to grant an injunction, the Court examines the impact of an injunction on the public interest, which "primarily addresses impact on non-parties rather than parties." *Bernhardt v. Los Angeles Cnty.*, 339 F.3d 920, 931 (9th Cir. 2003) (quoting *Sammartano v. First Jud. Dist. Ct.*, 303 F.3d 959, 974 (9th Cir. 2002)). Here, allowing the federal government to

proceed unabated with its enforcement tactics would inflict concrete harms on *amici*'s communities by permitting federal immigration enforcement to continue under conditions of anonymity, unaccountability, and escalating violence.

The federal government's recent practice of deploying masked, unidentifiable, and heavily armed agents into California communities is unprecedented. *Amici* underscore how this anonymity has engendered confusion and fear, diminished public safety by increasing dangerous and violent encounters and by inviting distrust of law enforcement and criminal impersonation, and created concrete costs and harms on local jurisdictions. In addition, *amici* highlight stories of U.S. citizens and non-citizens in the State who have been assaulted, punched, thrown to the ground, injured, shackled, and held against their will—not only without process, but also without knowing the identity of the offending officer or agency. As a result, residents have limited ability to seek redress when their rights are violated. For the reasons provided below, and those offered by Defendants, the Government's request should be denied.

## I. *AMICI*'S COMMUNITIES HAVE LONG RECOGNIZED THAT IDENTIFIABLE LAW ENFORCEMENT IS ESSENTIAL TO PUBLIC SAFETY

Public safety in *amici*'s jurisdictions depends on trust between residents and local law enforcement. That trust is built through transparency, accountability, and human interaction—principles long reflected in best practices requiring officers to wear uniforms, badges, and visible faces and clear identification while on duty,

with limited exceptions.[2] Without trust in law enforcement, community members tend to underreport crimes, avoid assisting with investigations, and do not seek assistance when needed.[3] When officers conceal their identities and operate anonymously, trust erodes, cooperation declines, and public safety suffers.[4]

In fact, until this past year, these longstanding principles were shared and practiced by federal enforcement agencies and *amici* alike.[5] City streets, suburban and country roads, places of work and worship, courthouses, community centers, shopping malls, and schools should be free of ambushes by faceless, "unidentified men and women wearing neck gaiters, mismatched camouflage attire,"[6] or in plainclothes, heavily armed, and driving unmarked vehicles seems like common sense. Yet, communities across California—no matter their size, demographics, or

---

[2] *See, e.g.*, *Law Enforcement Best Practices: Lessons Learned from the Field*, Cmty. Oriented Policing Servs., U.S. Dep't of Just. at 6, 10-15 (2019), https://perma.cc/3VVB-WTFB.

[3] *Best Practices for Law Enforcement to Preserve Community Trust in the Context of Increased Immigration Enforcement*, Law Enf't Immigr. Task Force (Dec. 23, 2024), https://perma.cc/BRR7-MH3P ("Just as distrust undermines law enforcement's relationship with immigrant communities, this fear can deter entire immigrant communities from seeking help and reporting crimes.").

[4] *See Face Coverings and Police-Community Engagement*, Int'l Ass'n of Chiefs of Police, (Nov. 3, 2020), https://perma.cc/V8MC-DHKW (advising police officers that members of the public "may be intimidated or fearful of officers wearing a face covering, which may heighten their defensive reactions," and advising police officers interacting with members of the public during COVID-19 to remove their face masks when introducing themselves, to maintain public trust).

[5] *See, e.g.*, *Law Enforcement Best Practices*, *supra* note 2; *see also* Ray Sanchez & Alisha Ebrahimji, *Masked ICE officers: The new calling card of the Trump administration's immigration crackdown*, CNN (June 21, 2025), https://perma.cc/QF86-2U4R (former acting director of ICE, John Sandweg, recalling that he had never seen anyone wearing masks during his tenure and that he believes the practice began in March 2025).

[6] Daniel Moritz-Rabson, *By Refusing to Show Faces or Badges, ICE Opens Door to Vigilante Impersonators*, Truthout (July 19, 2025), https://perma.cc/GCR9-UYAR.

region—have lived this past year with unease. That is because, since early 2025,
Californians have witnessed a deluge of anonymous masked agents jumping out of
unmarked vans, refusing to identify themselves, and rounding up unsuspecting
residents in various communities.[7] These federal agents have tackled the elderly,
arrested children, shot at unarmed families, broken car windows to snatch people
out of their cars, and indiscriminately arrested residents—citizens and non-citizen
alike—all without identifying themselves, and often without even identifying the
agency they work for.[8] Unsurprisingly, the overall sense of public safety in *amici*'s
communities has markedly diminished.

The alarming and unprecedented increase in masked and unidentified federal
agents ambushing residents have led jurisdictions in California to evaluate the same
concerns raised by Defendants in passing the State statutes. California localities,
including some *amici*, have passed legislation requiring law enforcement to
identify themselves, whether that be local police or federal agents. These local
enactments are evidence that local policy makers share the belief that community
safety requires law enforcement operating in our communities to be identifiable.

---

[7] *See, e.g.*, J. David McSwane and Hanna Allam, *Unfettered and Unaccountable: How Trump Is Building a Violent, Shadowy Federal Police Force,* ProPublica (Oct. 18, 2025), https://perma.cc/2PR3-L6V9.

[8] In addition to ICE agents, officers from the Department of Homeland Security (DHS), Customs and Border Patrol (CBP), the Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), and the Bureau of Alcohol Tobacco and Firearms (ATF), entered cities across California. *See* Michael Lozano, *Behind the masks: Who are the people rounding up immigrants in California?* CalMatters (July 17, 2025), https://perma.cc/5V2J-X433.

San Jose, for example, recently unanimously approved an ordinance banning face coverings and requiring visible identification.[9] The author of the ordinance, Councilman Peter Ortiz, cited "San Jose's commitment to community safety, accountability and the protection of immigrant and working-class families across the city" as a primary driver for the legislation.[10] In October, Riverside passed a resolution banning federal agents from wearing face coverings and requiring identification.[11] Likewise, Los Angeles County enacted similar requirements,[12] expressly finding that masked and unidentified agents increase fear and make it difficult for civilians to distinguish between law enforcement and imposters.[13] The findings also note that face coverings eliminate the ability to read an agent's facial expression, which could increase the risk of conflict in high-stress interactions where tone and intent are particularly important.[14] These local enactments reflect a

---

[9] Joseph Geha, *San José Aims to Thwart ICE With New Policies on Masks and Public Properties*, KQED (Nov. 3, 2025), https://perma.cc/EAN6-B3V7.

[10] Joyce Chu, *San Jose moves to block ICE from city properties, tighten immigrant protection*, Local News Matters (Oct. 30, 2025), https://perma.cc/HS3C-49V3; Robert Handa, *San Jose passes ordinance requiring ICE agents to be masked*, NBC Bay Area (Oct. 29, 2025), https://perma.cc/W4EL-JDM8 ("What we're trying to say is 'Hey, you are instilling fear across our country.' We're seeing videos of people being kidnapped, you know because people being masked, not identifying themselves. The first thing you think is some black clad individual grabbed my mom, grabbed my daughter, my brother, right?").

[11] Anthony Victoria, *Riverside adopts resolution requiring federal agents to show ID and condemning mask use*, KVCR (Oct. 15, 2025), https://perma.cc/CC3Z-5ZPS.

[12] Kevin Tidmarsh, *LA County supervisors approve mask ban to take effect in 30 days, setting up showdown with feds*, LAist (Dec. 9, 2025), https://perma.cc/6NBJ-W5EH.

[13] Maaz Alin, *LA County Supervisors Vote to Ban Masked Law Enforcement Officers*, Santa Monica Daily News (Dec. 6, 2025), https://perma.cc/DY86-PGNG.

[14] *Id.*

[PROPOSED] BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS

shared conclusion from our constituents: public trust cannot co-exist with anonymous policing.

## II. ANONYMOUS FEDERAL LAW ENFORCEMENT DRIVES FEAR AND CONFUSION, UNDERMINES PUBLIC SAFETY, AND IMPOSES CONCRETE HARMS ON *AMICI*'S JURISDICTIONS

The federal government's recent departure from law enforcement norms—by deploying masked and unidentifiable agents into California communities—has predictably resulted in widespread and documented confusion among residents throughout the State. This confusion, coupled with a climate of fear, has undermined public safety and security by increasing incidents of dangerous escalation and violent encounters with law enforcement. It has also led to a proliferation of criminal impersonators posing as federal immigration agents targeting immigrants. Finally, this practice has led to concrete costs and harms on *amici*'s communities—ranging from reallocation of scarce local funds, to residents delaying or foregoing medical care, to disrupting local education, among other harms.

### A. Masked, Unbadged Federal Agents Who Purposefully Obscure Their Identities While on Duty Have Generated Widespread Confusion and Fear.

It is well-documented that concealing one's identity, by wearing ski masks or balaclavas with just one's eyes visible, may engender confusion and fear.[15] To

---

[15] *E.g.*, Jenny Jarvie, *ICE agents wearing masks add new levels of intimidation, confusion during L.A. raids,* LA Times (July 7, 2025), https://perma.cc/7TJF-8GHH.

wit: Californians are so confused about identifying law enforcement, that they are increasingly reaching out to their elected officials for guidance. As Mayor of Burbank Nikki Perez explained, "We are receiving questions like, 'How can I know if the masked man detaining me is ICE or a kidnapper?' And, 'Who can protect me if a masked man with a gun refuses to identify himself?'"[16] Los Angeles Mayor Karen Bass has stated that because federal law enforcement refuses to identify themselves, no one knows the identities of federal agents when they take people into custody.[17] San Jose Mayor Matt Mahan remarked, "At town halls and community meetings, I've heard from parents who are afraid to walk their children to school, neighbors afraid to go to the grocery store, afraid to go to work, residents afraid that even if they are here legally, they could still be targeted."[18] Other local officials, including the Mayor of Pasadena, have expressed grave concerns about the increasing likelihood of accidental violence.[19] When anonymous federal agents are conducting immigration operations, armed and in plainclothes, there is an

---

[16] *Id.*

[17] Helen Jeong, *Growing calls for police to show ID and face amid rise in ICE impersonators*, NBC Los Angeles (June 23, 2025), https://perma.cc/9L7U-U7E4 ("Who are these people?... We're not sure who these armed men are. They show up without uniforms, they show up completely masked. They refuse to give ID, they're driving regular cars with tinted windows and in some cases, out of state license plates.").

[18] Bay City News Service, *Regional: Local Cities, Counties Launch Regional Fund For Families Impacted By Ice Raids*, SF Gate (Sept. 19, 2025), https://perma.cc/28QY-SN2N.

[19] Nathan Solis & Richard Winton, *'Who are these people?' Masked immigration agents challenge local police, sow fear in L.A.*, LA Times (June 24, 2025), https://perma.cc/PK9Y-MWZL.

increased likelihood of their actions looking like criminal activity. This increases confusion, decreases legitimacy of law enforcement, endangers the safety of local law enforcement and federal agents alike, and escalates the potential for conflict and violence.

Not only are anonymous federal agents engendering confusion in residents, but local law enforcement also faces the same confusion while carrying out their duties. In one instance, immigration agents chased a gardener into a Long Beach restaurant and tackled him in front of two police officers.[20] One of those officers drew his gun at the scene, only holstering his weapon once he saw the agents' badges.[21] In Pasadena, a resident photographing an unmarked vehicle was confronted at gunpoint by a man wearing a police vest but no identification; to this day, it remains unclear whether the individual was a federal agent or a vigilante.[22] A San Bernardino driver fled masked men who broke his car window and fired gunshots at him. While he believed that his assailants were criminals he was trying to escape from, they ended up being federal agents acting anonymously.[23] Local

---

[20] Jacob Sisneros, *Amid string of raids, immigration agents chase gardener, tackle him in front of LBPD officers, witnesses say*, Long Beach Post News (Nov. 21, 2025), https://perma.cc/AN7Y-9H7Z.

[21] *Id.*

[22] Makenna Sievertson, *'No Vigilantes Act,'* LAist (June 23, 2025), https://perma.cc/WEQ8-PMGS.

[23] Nic Garcia & KJ Hiramoto, *ICE Agent Shoots at Car in California Standoff: Driver, CPB Agents Share Conflicting Accounts to Police*, FOX11 LA (Aug. 16, 2025), https://perma.cc/5XAQ-ZXZA.

officers have repeatedly drawn weapons on plainclothes ICE agents after mistaking their actions for armed assaults or kidnappings, only standing down once badges were belatedly produced.[24] In Fullerton, for example, a local police officer intervened after he saw a man get out of his car and point a gun at the driver of another car.[25] The gun-wielding man turned out to be an ICE agent in plainclothes.[26]

When federal agents are masked and unidentified, their actions look like criminal activity and residents and local police have responded as if a crime is underway, causing widespread confusion and increased fear in *amici*'s communities.[27] Federal law enforcement should be held to the same standards of good policing as local officers are to ensure that policing is safe, accountable, and transparent—removing anonymity is the bare minimum towards those goals.

### B. Masked and Unidentifiable Policing Undermines Public Safety and Enables Criminal Impersonation.

Not only does operating in masks without providing any agency or personal identifiers make it far more confusing for everyone, but these practices also raise serious concerns for public safety. To be sure, the presence of unidentifiable federal

---

[24] *See, e.g.*, Sisneros, *supra* note 20.

[25] Dani Anguiano, *California police intervene as ICE agent in plain clothes points gun at woman*, The Guardian (Nov. 11, 2025), https://perma.cc/XR9V-STR9.

[26] *Id.*

[27] USA TODAY, *Why are ICE agents hiding behind masks? | The Excerpt* at 02:27 (YouTube, July 30, 2025), https://perma.cc/5F89-VQWY.

officers stokes confusion and fear (as described above), but also creates dangerous situations that also make policing more challenging and dangerous. Specifically, the federal government's tactics make everyone less safe—from residents to local law enforcement to federal agents alike—because when people are unidentifiable, but carry guns, break into cars, and chase after people, community members and fellow officers are more likely to mistake them for lawbreakers.

And since federal agents typically do not notify local law enforcement when federal officers are operating in their community or a specific part of town, the risk to officers is exacerbated.[28] When these encounters involve use of force or weapons, the possibility for violence and tragedy further increases.[29] The federal government's practice may place ICE and other federal officers at risk by preventing other officers and community members from readily identifying them as law enforcement and interacting with them accordingly.

Moreover, when federal agents are permitted to act anonymously, they may be more likely to feel a sense of impunity when engaging in unlawful conduct. Troublingly, studies show that anonymity—particularly facial concealment and lack of name identification—increases violent and aggressive behavior.[30] This

---

[28] Allie Preston, *Masked and Unidentifiable: The Risks of Federal Law Enforcement Operating Without Identification*, Ctr. for Am. Progress (Aug. 28, 2025), https://perma.cc/4RYD-7CWN.

[29] *See id.*; Sisneros, *supra* note 20.

[30] *See* Joe Dawson, *Who Is That? The Study of Anonymity and Behavior*, Ass'n for Psychological Sci. (Mar. 30, 2018), https://perma.cc/Q9HG-LVT2 (discussing the rich body of research linking anonymity with abusive and violent behavior in digital and in-person interactions).

[PROPOSED] BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS

suggests that federal officers have brought fear and chaos to *amici*'s communities across the state in part *because* they are masked and anonymous. Masks also obscure facial expressions and muffle speech, heightening the risk of miscommunication and conflict, especially for non-English speakers during interactions with law enforcement.[31]

Another preventable consequence of federal agents' increased practice of masking while carrying out immigration raids is that it has become increasingly difficult to discern legitimate officers from impersonators. Anonymous policing has spurred the rise of dangerous impersonations and vigilantes—and ill-intentioned wrongdoers have exploited this moment. In California, individuals posing as ICE agents have harassed businesses, threatened residents with firearms, and carried forged DHS credentials. In Fresno, for example, two men were arrested for impersonating ICE agents after they harassed customers at more than ten local businesses.[32] Police arrested a man in Huntington Park suspected of posing as an ICE agent when he was found with an unmarked vehicle, a loaded handgun, and a list of CBP radio codes.[33] In the Bay Area, police in Alameda recently arrested a

---

[31] *See* Marcus Woo, *Masks save lives, but may hinder communication*, ABC News (Dec. 26, 2020), https://perma.cc/CH9T-P4GC ("[B]y muffling crucial sound frequencies, covering lips and facial expressions, and restricting mouth movements, masks can . . . exacerbate challenges already faced by those with language barriers or hearing loss . . .").

[32] *2 men arrested for allegedly impersonating ICE officers and harassing shoppers in Fresno*, ABC 30 (Feb. 27, 2025), https://perma.cc/8MVK-JYXN.

[33] Solis & Winton, *supra* note 19.

man who had numerous fake Homeland Security Investigation badges, firearms, and a bulletproof vest.[34] And in Los Angeles County, police arrested a man driving a decommissioned police vehicle allegedly containing a forged DHS badge and a pellet gun.[35] In other areas of the country, criminals impersonating ICE agents have sexually assaulted, robbed, and kidnapped victims.[36] This targeting of vulnerable populations is not incidental; it is a predictable consequence of anonymous policing. And it directly undermines public safety and the public interest.

Indeed, current Acting ICE Director Todd Lyons has publicly stated that he is "not a proponent of the masks" and that criminal impersonation is "one of our biggest concerns."[37] The Federal Bureau of Investigation (FBI), in its October bulletin to law enforcement agencies, warned that criminals are posing as ICE agents and targeting victims.[38] The FBI urged officers to clearly identify themselves during interactions with civilians.[39] And the problem is so acute that

---

[34] Amy Larson, *Driver with fake federal agent badges arrested in Alameda*, KRON 4 (Nov. 21, 2025), https://perma.cc/M8DK-J2U.

[35] Solis & Winton, *supra* note 19.

[36] Jose Olivares & Lisa Dsjardins, *Rise of ICE agents wearing masks creates opportunity for imposters to conduct crimes*, PBS News Hour (July 7, 2025), https://perma.cc/B74E-ZTBC.

[37] Camilo Montoya-Galvez, *ICE head says he won't block agents from wearing masks, confirms use of Medicaid data*, CBS News (July 18, 2025), https://perma.cc/GC5A-3MT7.

[38] Dell Cameron & Caroline Haskins, *FBI Warns of Criminals Posing as ICE, Urges Agents to ID Themselves*, Wired (Nov. 4, 2025), https://perma.cc/C9Q3-PETM.

[39] *Id.*

state legislators have spurred the introduction of bills to clarify laws related to impersonation and increase penalties for impersonating an officer.[40]

So long as federal officers conceal their identities, they will continue to put *amici*'s residents and overall public safety at risk. *Amici* will continue to bear the costs of preventable escalation, investigate fear-driven and actual emergency calls about kidnappings and other apparent crimes in progress, and the increasing trend of vigilantes and criminal impersonation in our communities.

### C. These Practices Have Imposed Concrete, Measurable Harms on Amici Jurisdictions and Their Residents.

*Amici* also suffer tangible financial and operational harms when federal officers conduct immigration enforcement activities in disguise. To begin, local resources are diverted when local police departments must respond to increased calls from concerned residents. They then must further respond and investigate reports of unidentified federal officers who appear to be committing crimes as they interact with the public. For example, local law enforcement across California jurisdictions have also responded to 911 calls reporting kidnapping or hit-and-run accidents—only to discover that these emergencies involve actions by federal immigration agents.[41] In Riverside, the police were called after a purported off-

---

[40] *See, e.g.*, *Impersonation of a peace officer or firefighter during a state of emergency or local emergency*, Sen. Bill 264, 2025-2026 Reg. Sess. (Cal. 2025).

[41] *See, e.g.*, Alex Stone, *Los Angeles police responded to a kidnapping call. But instead found an ICE operation*, ABC News (June 25, 2025), https://perma.cc/J2C5-ME2Q.

duty ICE agent held a child at gunpoint.[42] In San Bernardino, a resident called 911 saying that a group of masked men tried to get him to pull over, broke his car window, and shot at him.[43] He reported what he perceived to be a criminal incident to local police because he did not know who his assailants were.[44] In Pasadena, ICE agents wearing masks mistakenly detained a woman walking with her children, prompting a witness to call 911.[45] The witness recalled, "I didn't know if I was witnessing a hate crime or a kidnapping."[46] Jurisdiction after jurisdiction, it goes on.

Local law enforcement resources are also diverted when additional protocols and training is implemented in response to federal agents' escalated tactics. In some jurisdictions, like Los Angeles, the Police Department (LAPD) adopted protocols requiring officers responding to immigration enforcement activities to verify the credentials of the lead federal agent on the scene, and document on body-worn cameras.[47] In San Francisco, the San Francisco Police Department has issued a Department Notice instructing officers that if they "encounter individuals who are

---

[42] Laurie Perez, *Southern California family says off-duty agent detained and held their teenage son at gunpoint,* CBS News (Nov. 18, 2025), https://perma.cc/UHJ3-LBEJ.

[43] Garcia & Hiramoto, *supra* note 23.

[44] *Id.*

[45] Angelique Brenes, *ICE agents detain mother in Pasadena in front of children without showing a warrant*, KTLA (June 28, 2025), https://perma.cc/LD2L-7434.

[46] *Id.*

[47] Jared Bennett, *LAPD chief instructs officers to verify identity of federal immigration agents*, LAist (July 3, 2025), https://perma.cc/U6GF-PF9K.

[PROPOSED] BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS

15

*not readily identifiable* as federal agents, [they] should, when safe and practical to do so, attempt to verify the credentials of the on-scene federal lead-agent, supervisor, or agent in charge, and capture the verification process on [body-worn cameras].[48] Each of these additional steps requires more resources and training to execute.

Conversely, when residents associate law enforcement with fear and violence, serious and violent crimes go unreported and unaddressed. LAPD calls for service fell 28 percent after immigration raids began in Los Angeles in early June of 2025.[49] LAPD has been forced to expend resources and take remedial actions to reestablish trust: planning listening sessions, increasing outreach in immigrant neighborhoods, starting a citizens police academy for Spanish speakers, and meeting with faith and community leaders.[50] In the inland region, hotline operators set up to handle calls regarding immigration enforcement noticed that callers were instead reporting crime—particularly domestic violence—because they did not feel safe calling police.[51]

---

[48] *Department Notice: Response to Incidents Involving Federal Civil Immigration Enforcement*, San Francisco Police Dep't (Aug. 26, 2025), https://perma.cc/KQ9X-QP5W (emphasis in original).

[49] Libor Jany & Hailey Wang, *As ICE raids surged this summer, emergency calls to LAPD plummeted*, LA Times (Sept. 20, 2025), https://perma.cc/K4CW-KJ5L.

[50] *Id.*

[51] *Hearing on S.B. 627 Before the Senate Standing Committee on Public Safety*, 2025-2026 Reg. Sess. (Cal. 2025) (statement of Hector Pereira, Inland Coalition for Immigrant Justice).

To assuage residents' concerns and reestablish trust, some counties have been forced to allocate additional funding to immigrant support services. Santa Clara, for example, has allocated over $8 million for services for the year, including $1.4 million in emergency funds, to meet the heightened need by members in the community.[52] Similarly, Alameda County approved a $3.57 million emergency allocation after calls to a county response hotline jumped by 500 percent.[53] Bay Area elected officials worked together to start a fund to support direct emergency aid for families affected by federal law enforcement.[54]

Moreover, *amici* jurisdictions are suffering from the social and economic impact of a pervasive climate of fear described above. The threat of apprehension or harassment by heavily armed and unidentifiable men—and the inability to distinguish between federal authorities and criminal imposters—is enough to keep residents from going to work, patronizing local businesses, and sending children to school. Between May and June 2025, when immigration agents conducted raids in California, 742,492 fewer Californians reported to work.[55] The majority of those

---

[52] *County of Santa Clara Allocates Additional Funding for Rapid Response as Immigration Enforcement Activity Escalates in California*, Cnty. of Santa Clara (June 20, 2025), https://perma.cc/AC3Q-S44M.

[53] Ayah Ali-Ahmad, *Alameda County approves $3.6 million to scale up immigrant defense amid ICE surge*, Oaklandside (Oct. 15, 2025), https://perma.cc/47KD-32C6.

[54] Bay City News Service, *supra* note 18.

[55] Univ. of Cal., Merced, Cmty. and Lab. Ctr., *The Effects of Recent Federal Immigration Enforcement on Private Sector Employment in California and Washington, D.C.* at 4 (Nov. 2025), https://perma.cc/34TR-G2DS.

[PROPOSED] BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS

17

who stayed home were U.S. citizens.[56] Farmers reported major labor shortages, the effects of which will soon be reflected in higher grocery prices.[57] A chilling effect has swept through the entire restaurant industry, both for employees and customers.[58] In a recent study conducted in Los Angeles County, 43 percent of Hispanic/Latino business owners reported revenue losses of 50 percent or more since June.[59] The mayor of Artesia predicted that the impact of empty businesses on sales tax revenue would be "horrific."[60] Indeed, experts estimate that without undocumented workers' household spending on goods and services, California jurisdictions could lose over $66 billion.[61]

The climate of fear extends even further, impacting education, public health and healthcare delivery in *amici*'s jurisdictions. Fewer families enrolled their children in LA public schools for the 2025-2026 school year, with educators reporting widespread fear and distress among both students and staff.[62] Patients

---

[56] *Id.*

[57] Suhauna Hussain & Md Fazlur Rahman, *California's economy is already getting hit by immigration raids*, LA Times (July 30, 2025), https://perma.cc/QD2S-69N7.

[58] Andrew Lopez, *ICE raids push Boyle Heights restaurants to the brink: 'I don't know how much longer we can do this,'* Boyle Heights Beat (Aug. 7, 2025), https://perma.cc/QQG9-K4GJ (including in Boyle Heights, where a dozen local restaurants reported losing 50 percent or more of their customers or revenue over the span of several weeks).

[59] Kennedy Zak, *Fear of ICE Raids Drains Businesses*, LA Bus. J. (Nov. 17, 2025), https://perma.cc/Y6JR-S6JA.

[60] Hussain & Rahman, *supra* note 57.

[61] Bay Area Council Econ. Inst. & Univ. of Cal., Merced, *The Economic Impact of Mass Deportation in California* at 30 (June 2025), https://perma.cc/B45C-MCM6.

[62] Iris Kwok & Howard Blume, *High school bullying is up, attendance down as ICE raids sow 'climate of distress,' study says*, LA Times (Dec. 9, 2025), https://perma.cc/CE33-J34V; ABC

have avoided hospitals, clinics, and pharmacies, afraid that seeking care will put them at risk of violence.[63] One community health network had to provide mental health support for its employees after masked immigration agents wearing military-style tactical gear pointed a gun at medical providers tending to homeless patients in MacArthur Park.[64] These quantitative and qualitative harms brought forth by the federal Government's mandates bring immediate and long-term impacts to *amici*.

## III.  SERIOUS CONSTITUTIONAL VIOLATIONS HAVE OCCURRED IN *AMICI*'S COMMUNITIES AND ANONYMITY CURTAILS RESIDENTS' ABILITY TO SEEK ANY REDRESS

Finally, *amici* are deeply disturbed by hundreds of reports of constitutional violations by federal agents for which our residents have extreme difficulty seeking relief given the anonymity of the law enforcement personnel. Without a knowledge of agency affiliation, officers' names, badge numbers, or a memory of their faces, victims cannot identify responsible parties, locate detainees, or pursue legal remedies when their rights have been violated.[65]

---

News, *LA school enrollment drops amid ICE raids* (YouTube, Nov. 30, 2025), https://perma.cc/34NA-7AXV.

[63] Enrique Chiabra, *Healthcare Clinic Reports Appointment Cancellations and No-Shows Amid Fear of ICE Raids*, Ctr. for Health Journalism (July 19, 2025), https://perma.cc/D99R-M7HA; LAist, *No-shows and cancellations are up at some L.A. hospitals since federal immigration action began*, Boyle Heights Beat (July 9, 2025), https://perma.cc/GM8T-X6ZX.

[64] Claudia Boyd-Barrett, *California Faces Limits as It Directs Health Facilities To Push Back on Immigration Raids*, Kaiser Fam. Found. Health News (Oct. 30, 2025), https://perma.cc/MRZ4-3Z37.

[65] Josh Campbell, *As ICE escalates its tactics, are federal agents truly 'untouchable' in the eyes of the law?* CNN (Nov. 15, 2025), https://perma.cc/T6E5-D8X9.

According to the Department of Homeland Security, more than 10,000 people have been arrested in California since the raids began.[66] During these raids, masked and unidentified federal officers have thrown unarmed, cooperative residents to the ground, choked them, beaten them, used tear gas and pepper spray, and then refused to administer medical care to treat officer-caused injuries.[67] Residents, including the American citizens below, have been detained for multiple days and denied basic needs such as water, food, medicine, and bathroom access.[68] Families and legal advocates struggle to locate detainees when it is unclear which agency made the arrest.[69]

These accounts, including Defendants' declarants' experiences,[70] should be outliers. They are not. A disabled Army veteran driving to work in Camarillo encounters masked federal agents who surround him, throw canisters of tear gas at his vehicle, and pull him through a broken window while blasting him with pepper

---

[66] Anita Chabria, *Homeland Security says it doesn't detain citizens. These brave Californians prove it has* (Dec. 12, 2025), https://perma.cc/W7VN-5J78; Helen Jeong, *DHS arrests over 10,000 undocumented immigrants, Sec. Noem says*, NBC Los Angeles (Dec. 12, 2025), https://perma.cc/A697-QFJS.

[67] U.S. Senate, Permanent Subcommittee on Investigations, *Unchecked Authority: Examining the Trump Administration's Extrajudicial Immigration Detentions* at 5, 17, 19, 30, 32-33, 35-36, 47-48, 53-57 (Dec. 9, 2025), https://perma.cc/LTT9-S2DC (hereinafter U.S. Senate Report).

[68] *Id.* at 3-7.

[69] *Id.* at 45; *see also Hearing on S.B. 805 Before the Senate Standing Committee on Public Safety*, 2025-2026 Reg. Sess. (Cal. 2025) (statement of Jeannette Zanipatin, Coalition for Humane Immigrant Rights).

[70] *See* Declarations attached to Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction [Dkt. No. 29].

[PROPOSED] BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS

spray.[71] Similar incidents in San Pedro (U.S. citizen dragged out of his car through a window broken by masked federal agents); in Hollywood (Ph.D. student violently tackled to the ground and handcuffed by five masked agents in plainclothes); in Montebello (U.S. citizen assaulted, pinned against a wall on private property by a dozen masked agents with AR-15 machine guns); in Sylmar (small business owner assaulted by eight masked agents who refused to look at offered U.S. passport).[72] In Camarillo, Jaime Alanis Garcia died after fleeing from masked federal agents, falling from a roof, and suffering from critical injuries during an immigration raid.[73]

And federal agents make no changes to their behavior when around children. In Arleta, masked, plainclothes federal agents, without identifying themselves, screamed "put your hands up" at Andreina Mejia and her fifteen-year-old special needs son—pulling him out of her car at gunpoint.[74] Nor do behaviors change for pregnant women. Cary Lopez Alvarado, a U.S. citizen in Hawthorne, was nine months pregnant when she was assaulted, handcuffed, and shackled in chains by federal agents. She experienced intense stomach pains due to her treatment by

---

[71] U.S. Senate Report, *supra* note 67, at 46-48 (George Retes).

[72] *Id.* at 18-20 (Julian Cardenas), 30-31 (Job Garcia), 32-33 (Brian Gavidia), 43-44 (Alberto Nila).

[73] Melissa Gomez, *He was 'trying to stay alive.' Family memorializes man who died in Camarillo immigration raid*, LA Times, (July 22, 2025), https://perma.cc/E8SJ-SQDM.

[74] U.S. Senate Report, *supra* note 67, 16-18.

federal agents and sought treatment at the hospital, ultimately giving birth four days after her ordeal.[75]

The environment created by Plaintiff and its law enforcement agencies foster impunity. Reports indicate that federal officers face little risk of investigation for improper use of force, a perception reinforced by public statements from senior Administration officials.[76] The President himself confirmed this, telling reporters that law enforcement was "allowed to do whatever the hell they want" when interacting with the public.[77] Agents are behaving as though it is unlikely that they will be held accountable for violating our community members' rights precisely because it *is* unlikely when residents cannot determine the identities of agents.[78]

Although the challenged Acts will not prevent constitutional violations from occurring, they restore a minimum (and necessary) level of accountability and make meaningful judicial review possible—thereby deterring unlawful conduct.

## CONCLUSION

For these reasons, *amici* respectfully requests that this Court deny Plaintiff's Motion for Preliminary Injunction.

---

[75] *Id*.

[76] McSwane & Allam, *supra* note 7; *see also* Campbell, *supra* note 65.

[77] WTVC NewsChannel 9, *LIVE: President Trump addresses the federal crackdown on crime in Washington, D.C.* at 26:05 (YouTube, Aug. 11, 2025), https://perma.cc/79GA-DMJ5.

[78] McSwane & Allam, *supra* note 7.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

DATED:  December 29, 2025      **PUBLIC RIGHTS PROJECT**


                        **By:**      */s/ Jean Larsen*
                                    Jean Larsen
                                    *Counsel for Amici Curiae*

1

## ADDITIONAL COUNSEL

2

3  YIBIN SHEN                          DAWYN HARRISON
   City Attorney                       County Counsel
4  2263 Santa Clara Avenue, Room 280   JENNIFER LEHMAN
5  Alameda, CA 94501                   Senior Assistant County Counsel
   *Attorney for the City of Alameda,* 648 Kenneth Hahn Hall of
6      *California*                    Administration
7                                      500 West Temple Street
                                       Los Angeles, CA 90012
8  DONNA R. ZIEGLER                    *Attorneys for the County of Los*
9  County Counsel                         *Angeles, California*
   1221 Oak St.
10 Oakland, CA 94612
11 *Counsel for the County of Alameda,* RYAN RICHARDSON
      *California*                     City Attorney
12                                     One Frank H. Ogawa Plaza, 6th Floor
13                                     Oakland, CA 94612
   HEATHER S. BAKER                    *Attorney for the City of Oakland,*
14 City Attorney                          *California*
15 9770 Culver Boulevard
   Culver City, CA 90232
16 *Attorney for the City of Culver City,* SUSANA ALCALA WOOD
17    *California*                     City Attorney
18                                     915 I Street, Fourth Floor
                                       Sacramento, CA 95814
19 DAWN A. MCINTOSH                    *Attorney for City of Sacramento,*
20 City Attorney                          *California*
   411 West Ocean Boulevard
21 9th Floor
   Long Beach, CA 90802                JOHN P. COOLEY
22 *Attorney for the City of Long Beach,* Chief Deputy County Counsel
23    *California*                     1600 Pacific Highway, Room 355
                                       San Diego, CA 92101
24                                     *Attorney for the County of San Diego,*
25                                        *California*

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DAVID CHIU
City Attorney
City Hall Room 234
One Dr. Carlton B. Goodlett Pl.
San Francisco, CA 94102
*Attorney for the City and County of San Francisco, California*


HEIDI VON TONGELN
Interim City Attorney
1685 Main Street, Room 310
Santa Monica, CA 90401
*Attorney for the City of Santa Monica, California*


LAUREN LANGER
City Attorney
Best, Best & Krieger LLP
300 South Grand Avenue
25th Floor
Los Angeles, CA 90071
*Attorney for City of West Hollywood,
    California*

[PROPOSED] BRIEF OF *AMICI CURIAE* IN SUPPORT OF DEFENDANTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Appendix A - List of Amici Curiae**

**Local Governments**

City of Alameda, California

County of Alameda, California

City of Culver City, California

City of Long Beach, California

County of Los Angeles, California

City of Oakland, California

City of Sacramento, California

County of San Diego, California

City and County of San Francisco, California

City of Santa Monica, California

City of West Hollywood, California

**Local Government Leaders**

Bryan "Bubba" Fish
*Councilmember, City of Culver, California*

Yasmine-Imani McMorrin
*Councilmember, City of Culver, California*

Matt Mahan
*Mayor, City of San Jose, California*

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for *amici curiae* local governments and local government leaders, certifies that this brief contains 5907 words, which complies with the word limit of L.R. 11-6.1.

Dated: December 29, 2025

/s/ Jean Larsen

Jean Larsen
*Counsel for Amici Curiae*