```
Ronnettee V. Ramos - State Bar No. 195910
     rramos@ajsocal.org
Sean F. Bigley - State Bar No. 300851
     sfbigley@ajsocal.org
Catherine Hwang - State Bar No. 340136
     chwang@ajsocal.org
ASIAN AMERICANS ADVANCING JUSTICE
SOUTHERN CALIFORNIA
1145 Wilshire Blvd,
Los Angeles, California 90017
Telephone: (213) 241-0286

Paul S. Chan - State Bar No. 183406
     pchan@birdmarella.com
Alexander H. Tran - State Bar No. 338940
     atran@birdmarella.com
Emily M. Grant - State Bar No. 342381
     egrant@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Proposed Amici Curiae
```

FILED
CLERK, U.S. DISTRICT COURT
January 6, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: CMJ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California in his Official Capacity; ROBERT BONTA, Attorney General of California, in his Official Capacity,<br><br>　　　　Defendants. | CASE NO. 2:25-cv-10999 CAS (AJRx)<br><br>**AMICI CURIAE BRIEF OF ASIAN AMERICANS ADVANCING JUSTICE SOUTHERN CALIFORNIA AND SIKH AMERICAN LEGAL DEFENSE AND EDUCATION FUND IN SUPPORT OF DEFENDANT STATE OF CALIFORNIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Filed Concurrently with Unopposed Motion for Leave to File Amicus Brief; [Proposed] Order Granting Leave to File Amicus Brief<br><br>Crtrm.: 8D<br><br>Assigned to Hon. Christina A. Snyder |

[PROPOSED] AMICUS BRIEF OF AJSOCAL AND SALDEF IN SUPPORT OF DEFENDANT STATE OF CALIFORNIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

# CORPORATE DISCLOSURE STATEMENT

Proposed amici curiae Asian Americans Advancing Justice Southern California (AJSOCAL) and Sikh American Legal Defense and Education Fund (SALDEF) state that they do not have any parent corporations. No publicly held corporation owns 10% or more of any stake or stock in proposed amici curiae.

# **TABLE OF CONTENTS**

STATEMENT OF INTEREST ...................................................................................6

I. INTRODUCTION ............................................................................................7

II. DISCUSSION ..................................................................................................9

   A. LEO's Use of Masks and Refusal to Identify Themselves Have Devastating Impacts on the Represented Communities ......................................................10

      1. Concealed Law Enforcement Acutely Impacts LEP and Hearing-Impaired Communities...................................................................................10

      2. Concealed Policing Retraumatizes Survivors of Political Oppression and Violence..........................................................................................11

      3. Survivors of Trafficking, Sexual Assault, and Kidnapping Experience Substantial Trauma from Masked Authority.............................................13

   B. AJSOCAL's Advocacy Shows Why Transparency in Law Enforcement is Essential to Protect Vulnerable Communities ...............................................15

III. CONCLUSION ..............................................................................................16

# TABLE OF AUTHORITIES

**Legislative Materials**

S.B. 627, 2025–2026 Reg. Sess. (Cal. 2025) (enacted Sept. 20, 2025) (the No Secret Police Act) ...................................................................................................... 8

S.B. 805, 2025–2026 Reg. Sess. (Cal. 2025) (enacted Sept. 20, 2025) (the No Vigilantes Act) ............................................................................................... 8

**Executive Orders**

Exec. Order No. 14159, Protecting the American People Against Invasion, 90 Fed. Reg. 8443 (Jan. 29, 2025) ................................................................................ 7

Exec. Order No. 14287, Protecting American Communities From Criminal Aliens, 90 Fed. Reg. 18,761 (May 2, 2025) ..................................................................... 7

**Other Authorities**

Aileen Louie, "We Will Not Be Silent: The Invisible War on AAPI Immigrants," *Asian Americans Advancing Justice Southern California* (Sept. 9, 2025), https://ajsocal.org/we-will-not-be-silent-the-invisible-war-on-aapi-immigrants/ ... 8

American Psychological Association, "Mental Health Effects of Immigration Enforcement," *Monitor on Psychology* (Sept. 2025), https://www.apa.org/monitor/2025/09/mental-health-immigration-enforcement. 10

Cal. Att'y Gen., Attorney General Bonta Issues Warning Amid Increased Reports of Fake ICE Officers, *Cal. Dep't of Justice* (Aug. 15, 2025), https://oag.ca.gov/news/press-releases/attorney-general-bonta-issues-warning-amid-increased-reports-fake-ice-officers ............................................................... 14

Declaring a National Emergency at the Southern Border of the United States, White House (Jan. 20, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/declaring-a-national-emergency-at-the-southern-border-of-the-united-states/ ...................................................................................................... 8

Dell Cameron, Caroline Haskins, "FBI Warns of Criminals Posing as ICE, Urges Agents to ID Themselves," *Wired* (Aug. 30, 2025), https://www.wired.com/story/fbi-warns-of-criminals-posing-as-ice-urges-agents-to-id-themselves/ .................................................................................................. 14

Emily Witt, "The People Being Disappeared by ICE in Los Angeles," *New Yorker* (June 22, 2025), https://www.newyorker.com/news/letter-from-los-angeles/the-people-being-disappeared-by-ice-in-los-angeles ........................................................ 8

Fighting Human Trafficking: The Legacy of the El Monte Sweatshop, U.S. Dep't of Labor, Office of Public Affairs, https://blog.dol.gov/th/2022/01/11/fighting-human-trafficking-the-legacy-of-the-el-monte-sweatshop ................................... 15

M. Devon Moore, "The Preliminary Injunction Standard: Understanding the Public Interest Factor," 117 MICH. L. REV. 939 (2019) ..................................................... 9

Naureen Shah, "Trump Is Using Federal Forces to Build a Dangerous National Policing Force," *Am. Civ. Liberties Union* (Oct. 3, 2025), https://www.aclu.org/news/immigrants-rights/trump-is-abusing-his-power-to-

4

[PROPOSED] AMICUS BRIEF OF AJSOCAL AND SALDEF IN SUPPORT OF DEFENDANT STATE OF CALIFORNIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION


build-a-dangerous-national-policing-force ............................................................... 8

Substance Abuse & Mental Health Servs. Admin. (SAMHSA), Trauma-Informed Care in Behavioral Health Services 61–64 (2014), https://store.samhsa.gov/sites/default/files/d7/priv/sma14-4816.pdf .................... 13

The Associated Press, "Immigrant Student Enrollment Is Dwindling at Schools Amid Stepped-Up Enforcement," *AP News* (Nov. 17, 2025) ................................. 9

Turrini et al., Efficacy and Acceptability of Psychosocial Interventions in Asylum Seekers and Refugees: Systematic Review and Meta-Analysis, *Epidemiol. Psychiatr. Sci.*, Feb. 11, 2019, 28(4):376-388, https://pmc.ncbi.nlm.nih.gov/articles/PMC6669989/ ......................................... 12

World Health Organization, Refugee and Migrant Mental Health (Sept. 1, 2025), https://www.who.int/news-room/fact-sheets/detail/refugee-and-migrant-mental-health ............................................................................................................ 12

U.N. High Comm'r for Hum. Rts., Report of the Working Group on Enforced or Involuntary Disappearances ¶¶ 49-71, U.N. Doc. E/CN.4/1435 (Jan. 26, 1981) .. 11

VERA Institute of Justice, Overcoming Language Barriers: Solutions for Law Enforcement (2007), https://niwaplibrary.wcl.american.edu/wp-content/uploads/Overcoming-Language-Barriers-for-Law-Enforcement.pdf ...... 10

National Association of the Deaf, "Communication Access with Police and Law Enforcement," NAD, https://www.nad.org/resources/justice/police-and-law-enforcement/communication-access-with-police-and-law-enforcement/ ............. 10

White House, "20 Years After a Human Trafficking Case in El Monte, California Freed 72 Thai Workers" (Dec. 12, 2016), https://obamawhitehouse.archives.gov/blog/2016/12/12/20-years-after-human-trafficking-case-el-monte-california-freed-72-thai-workers ................................ 15

5

[PROPOSED] AMICUS BRIEF OF AJSOCAL AND SALDEF IN SUPPORT OF DEFENDANT STATE OF CALIFORNIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

build-a-dangerous-national-policing-force ............................................................... 8

Substance Abuse & Mental Health Servs. Admin. (SAMHSA), Trauma-Informed Care in Behavioral Health Services 61–64 (2014), https://store.samhsa.gov/sites/default/files/d7/priv/sma14-4816.pdf .................... 13

The Associated Press, "Immigrant Student Enrollment Is Dwindling at Schools Amid Stepped-Up Enforcement," *AP News* (Nov. 17, 2025) ................................. 9

Turrini et al., Efficacy and Acceptability of Psychosocial Interventions in Asylum Seekers and Refugees: Systematic Review and Meta-Analysis, *Epidemiol. Psychiatr. Sci.*, Feb. 11, 2019, 28(4):376-388, https://pmc.ncbi.nlm.nih.gov/articles/PMC6669989/ ......................................... 12

World Health Organization, Refugee and Migrant Mental Health (Sept. 1, 2025), https://www.who.int/news-room/fact-sheets/detail/refugee-and-migrant-mental-health ............................................................................................................ 12

U.N. High Comm'r for Hum. Rts., Report of the Working Group on Enforced or Involuntary Disappearances ¶¶ 49-71, U.N. Doc. E/CN.4/1435 (Jan. 26, 1981) .. 11

VERA Institute of Justice, Overcoming Language Barriers: Solutions for Law Enforcement (2007), https://niwaplibrary.wcl.american.edu/wp-content/uploads/Overcoming-Language-Barriers-for-Law-Enforcement.pdf ...... 10

National Association of the Deaf, "Communication Access with Police and Law Enforcement," NAD, https://www.nad.org/resources/justice/police-and-law-enforcement/communication-access-with-police-and-law-enforcement/ ............. 10

White House, "20 Years After a Human Trafficking Case in El Monte, California Freed 72 Thai Workers" (Dec. 12, 2016), https://obamawhitehouse.archives.gov/blog/2016/12/12/20-years-after-human-trafficking-case-el-monte-california-freed-72-thai-workers ................................ 15

5

[PROPOSED] AMICUS BRIEF OF AJSOCAL AND SALDEF IN SUPPORT OF DEFENDANT STATE OF CALIFORNIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

# STATEMENT OF INTEREST

One of the Proposed Amicus Curiae, Asian Americans Advancing Justice Southern California (AJSOCAL), is the nation's largest civil rights and legal services organization for Asian American, Native Hawaiian, and Pacific Islander (AANHPI) communities. AJSOCAL serves more than 15,000 people and partner organizations each year; provides free legal services for immigrants, workers, tenants, and survivors; pursues impact litigation; and advocates for policy change. AJSOCAL's services are open to all. AJSOCAL strives to champion the most vulnerable members of the AANHPI communities. Since 1982, AJSOCAL has represented clients in a number of areas, including language rights, voting rights, family law, housing, immigration and hate crimes. AJSOCAL was lead counsel in the federal lawsuit on behalf of more than 70 Thai garment workers who were forced to sew garments behind barbed wire and under armed guard in El Monte, California. AJSOCAL continues to represent clients throughout the United States who have been mistreated due to limited English proficiency or naturalization status.

The other Proposed Amicus Curiae, Sikh American Legal Defense and Education Fund (SALDEF), is a national civil rights organization dedicated to protecting the rights of Sikh Americans and other immigrant and minority communities in the United States. Through policy advocacy, community education, and coalition work, SALDEF promotes fair and humane immigration laws, defends due process, and combats discrimination based on religion, race, and national origin.

Counsel for AJSOCAL and SALDEF certify that Plaintiff's and Defendants' counsel did not author this brief in whole or in part, and no person other than amici, their members, or their counsel made a monetary contribution to its preparation or submission.

## I. INTRODUCTION

In early 2025, President Donald Trump issued two Executive Orders that preceded the masked immigration raids of Spring 2025 in Southern California.[1] The President declared the existence of a National Emergency with respect to immigration through the United States' southern border, directing the Secretary of Defense, the Secretary of Homeland Security, and the Attorney General "to ensure that use of force policies prioritize the safety and security of Department of Homeland Security personnel and of members of the Armed Forces."[2] By May and June 2025, masked, unidentified, heavily armed and violent LEOs from a variety of agencies[3] began pulling California residents from the streets, homes, and businesses of Little Tokyo, Little Ethiopia, Historic Filipinotown, Little Saigon, and many other ethnically-defined neighborhoods which are the backbone of Southern California's vibrant culture.[4] Many of those neighbors were taken by U.S.

---

[1] Exec. Order No. 14159, Protecting the American People Against Invasion, 90 Fed. Reg. 8443 (Jan. 29, 2025) (signed Jan. 20, 2025) (directing DHS to pursue broad interior immigration enforcement and rescinding prior civil-enforcement-priority constraints); Exec. Order No. 14287, Protecting American Communities From Criminal Aliens, 90 Fed. Reg. 18,761 (May 2, 2025) (emphasizing aggressive enforcement against noncitizens with alleged criminal histories and supporting expanded federal immigration operations).

[2] Declaring a National Emergency at the Southern Border of the United States, White House (Jan. 20, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/declaring-a-national-emergency-at-the-southern-border-of-the-united-states/

[3] Naureen Shah, "Trump Is Using Federal Forces to Build a Dangerous National Policing Force," *Am. Civ. Liberties Union* (Oct. 3, 2025), https://www.aclu.org/news/immigrants-rights/trump-is-abusing-his-power-to-build-a-dangerous-national-policing-force.

[4] Emily Witt, "The People Being Disappeared by ICE in Los Angeles," *New Yorker* (June 22, 2025), https://www.newyorker.com/news/letter-from-los-angeles/the-people-being-disappeared-by-ice-in-los-angeles.

Immigration and Customs Enforcement ("ICE") while purportedly awaiting removal proceedings, while others simply disappeared.[5] Their children stopped attending school, and they stopped attending scheduled medical appointments or appearing at work and weekly mass.[6]

Since then, the AANHPI communities served by the *amici* have lived under the constant shadow of fear of encounters with masked, unidentified law enforcement officers ("LEOs"). For community members and neighbors with limited English proficiency or hearing disabilities, a simple misunderstanding with masked LEOs could escalate into violence or unjust confinement. For community members who are survivors of trafficking or state violence, the sight of armed, anonymous LEOs can revive old traumas and promote re-victimization. In this brief, AJSOCAL and SALDEF will share some of these real-world experiences that reflect the issues now before the Court.

Those stories, and the reluctance of the represented communities to share them, underscore how California's Senate Bill 627 (the No Secret Police Act) and Senate Bill 805 (the No Vigilantes Act) (collectively, the "Acts")[7] directly address those fears and work to vindicate rights that have been threatened and/or denied. The Acts align squarely with our country's constitutional history, reflecting the

---

[5] Aileen Louie, "We Will Not Be Silent: The Invisible War on AAPI Immigrants," *Asian Americans Advancing Justice Southern California* (Sept. 9, 2025), https://ajsocal.org/we-will-not-be-silent-the-invisible-war-on-aapi-immigrants/

[6] The Associated Press, "Immigrant Student Enrollment Is Dwindling at Schools Amid Stepped-Up Enforcement," *AP News* (Nov. 17, 2025), https://apnews.com/article/immigrant-student-enrollment-trump-82faaaec6d9246e24a09cbc837bedb67 (reporting on declines in immigrant student enrollment as federal immigration enforcement increases).

[7] *See* S.B. 627, 2025–2026 Reg. Sess. (Cal. 2025) (enacted Sept. 20, 2025) (the No Secret Police Act); S.B. 805, 2025–2026 Reg. Sess. (Cal. 2025) (enacted Sept. 20, 2025) (the No Vigilantes Act).

Framers' deliberate design to vest States with authority to safeguard the health, safety, and welfare of their residents. Proposed *amici* provide this brief to assist the Court in evaluating the devastating and disproportionate impact a preliminary injunction would have on *amici*'s members and other non-parties to the litigation—a disproportionate impact that is neither in the public interest nor supported by the equities.

## II.   DISCUSSION

Proposed *amici* represent thousands of community members in Southern California and throughout the United States, most of whom are immigrants or the children thereof. Proposed *amici* and their clients and colleagues are uniquely aware of and impacted by the particular harms that arise from law enforcement officers covering their identities and refusing to identify themselves.

In this brief, proposed *amici* share testimonials from neighbors within the communities they serve. These narratives demonstrate that community members are uniquely impacted in their everyday lives—whether in going to Church, grocery shopping, or to school—when LEOs are not required to identify themselves. These stories are presented to aid the Court's consideration of California's long-standing duty to protect its residents' welfare. While California's authority to enact these Acts—and the corresponding constitutionality of the Acts—weighs strongly against the issuing of a preliminary injunction because Plaintiff is not likely to succeed on the merits of its case, *amici* present these stories to the Court to also emphasize that issuing a preliminary injunction is not in the public interest, nor do the equities weigh in Plaintiff's favor.[8]

---

[8]   *See generally* M. Devon Moore, "The Preliminary Injunction Standard: Understanding the Public Interest Factor," 117 MICH. L. REV. 939 (2019) (discussing that the public interest factor of the preliminary injunction analysis considers the impact of the proposed injunction on nonparties).

### A. LEO's Use of Masks and Refusal to Identify Themselves Have Devastating Impacts on the Represented Communities

Immigrant communities, people with disabilities, and individuals with prior exposure to violence or trafficking are uniquely harmed by masked and unidentified LEOs. These communities experience heightened fear, confusion, and risk of escalation when officers refuse to identify themselves or operate anonymously. Similarly, community members with language barriers, historical and present trauma, and/or cognitive impairments may experience complicated interactions with state and federal authority due to this trauma.[9]

#### 1. Concealed Law Enforcement Acutely Impacts LEP and Hearing-Impaired Communities.

People with limited English proficiency experience heightened fear, confusion, and vulnerability during encounters with law enforcement, even under ordinary circumstances. For people with limited English proficiency and hearing impairments, interactions with law enforcement often depend on contextual and visual cues such as facial expressions, lip-reading, uniforms, badges, and other indicia of authority.[10] When officers wear masks that cover the mouth, these visual

---

[9] *See, e.g.*, American Psychological Association, "Mental Health Effects of Immigration Enforcement," *Monitor on Psychology* (Sept. 2025), https://www.apa.org/monitor/2025/09/mental-health-immigration-enforcement (describing how increased immigration enforcement—including detentions, deportations, and raids—has heightened trauma, chronic stress, and mental-health challenges among immigrants and their families).

[10] *See, e.g.*, VERA Institute of Justice, Overcoming Language Barriers: Solutions for Law Enforcement (2007), https://niwaplibrary.wcl.american.edu/wp-content/uploads/Overcoming-Language-Barriers-for-Law-Enforcement.pdf (providing strategies for law enforcement agencies to improve communication with individuals who have limited English proficiency); *see also* National Association of the Deaf, "Communication Access with Police and Law Enforcement," NAD, https://www.nad.org/resources/justice/police-and-law-enforcement/communication-access-with-police-and-law-enforcement/ (describing various requirements imposed

cues are eliminated, rendering verbal commands difficult or impossible to understand. Where those cues are absent or obscured, these individuals face heightened confusion and vulnerability, including difficulty comprehending or determining who is confronting them, whether lawful authority is being exercised, and what rights they possess.

> **S.**, from Rancho Cucamonga, is an asylee and was improperly arrested in front of his home in June 2025. The LEOs who arrested him did not identify themselves or wear identification, and he did not understand the purpose of the stop or realize that he could ask for identification until after he was handcuffed, because he speaks limited English and feared retaliation for asking too many questions. **S**. stated: *"It affects me a lot. I was very afraid, and I avoid to go to the public as long as possible, also after I get arrested my family worries a lot. My wife was so afraid that she did not go to work for weeks."*[11]

### 2. Concealed Policing Retraumatizes Survivors of Political Oppression and Violence

Many of *amici*'s members and clients include those previously traumatized at the hands of an oppressive government or masked law enforcement. Concealed LEO activities can trigger traumas (even if dormant) in former migrants and asylees who have fled extrajudicial violence, disappearances, and political oppression at the hands of concealed security forces.[12] Masked or excessively anonymized policing

---

on law enforcement agencies to ensure effective communication with deaf and hard-of-hearing individuals).

[11] Supporting documentation of these accounts is retained by AJSOCAL's Impact Litigation Unit in accordance with governing legal standards and confidentiality obligations. This documentation is maintained in the ordinary course of business; individual names have been withheld to safeguard personal privacy and to mitigate any risk of retaliation or reprisal.

[12] *See* U.N. High Comm'r for Hum. Rts., Report of the Working Group on Enforced or Involuntary Disappearances ¶¶ 49-71, U.N. Doc. E/CN.4/1435 (Jan. 26, 1981)

11

increases the risk that individuals will be unlawfully misled, coerced, exploited or abused.

Clinical and social-science literature has long documented elevated rates of trauma, hypervigilance, and fear responses among migrant populations who have fled authoritarian or violent regimes.[13] For individuals with these sorts of trauma histories, masked and unidentified enforcement can transform what might otherwise appear to be a consensual or minimally intrusive interaction into a terrifying and threatening encounter.

> **S.**, in Rancho Cucamonga, was improperly arrested a second time in September 2025, this time by masked LEOs. **S.** stated: *"I saw that they are like bandits because if they are acting normally, according to the law, if they have no guilt they will just show themselves but they are hiding just like bandits."*
>
> **D.**, in San Jose, is currently subject to final removal, but has thus far avoided interactions with LEOs since prior to 2025. **D.** stated: *"I've been here for 40 years…they need to identify themselves as federal agents without anything to hide, why would they have to hide or disguise themselves, if they're doing something that is justly they should be proud of that, why are they so shameful, they know they're doing something wrong and they don't want retaliate or stuff like that…"*

---

(describing the role of anonymity and concealment by state actors in enforced disappearances and the resulting fear and trauma among affected populations), https://digitallibrary.un.org/record/20572?v=pdf

[13] *See, e.g.*, Turrini et al., Efficacy and Acceptability of Psychosocial Interventions in Asylum Seekers and Refugees: Systematic Review and Meta-Analysis, *Epidemiol. Psychiatr. Sci.*, Feb. 11, 2019, 28(4):376-388, https://pmc.ncbi.nlm.nih.gov/articles/PMC6669989/; World Health Organization, Refugee and Migrant Mental Health (Sept. 1, 2025), https://www.who.int/news-room/fact-sheets/detail/refugee-and-migrant-mental-health

[PROPOSED] AMICUS BRIEF OF AJSOCAL AND SALDEF IN SUPPORT OF DEFENDANT STATE OF CALIFORNIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

### 3. Survivors of Trafficking, Sexual Assault, and Kidnapping Experience Substantial Trauma from Masked Authority

Within *amici's* represented communities, survivors of sex trafficking, assault, and kidnapping similarly face substantial trauma from LEO's masked and unidentified enforcement. This masked authority may replicate tactics of prior abuse: *e.g.*, sudden confrontations, commands issued by unidentifiable figures, and threats of detention or force. Trauma research shows that such cues can trigger dissociation, panic responses, or compliance without comprehension.[14]

> **K.**, in Los Angeles County, is a T Visa recipient who experienced severe human trafficking before immigrating to the United States. Her roommate in temporary housing was arrested by ICE. **K.** explained, *"I used to be a human trafficking victim, am very afraid of that because if ICE wear masks like kidnappers, a kidnapper would also wear mask. I don't know who is ICE, who is a trafficker. I am worried about being kidnapped, because I could not tell if they were ICE or kidnapper."*
>
> When asked how LEOs' use of masks and failure to identify have affected her daily life, **K.** explained: *"Currently, I am living in the car because I am afraid they might find me. I don't dare to have a stable address. For now I will go to the gym to take baths, even when I go to the bath I was worried they would break into the gym. I really worry about that because I was trafficked for many years and I don't want that happening to me again, I always worry they will find me and because ICE is wearing masks, I could not tell who they are."*

Masked policing undermines trust and raises concerns about impersonation,

---

[14] *See* Substance Abuse & Mental Health Servs. Admin. (SAMHSA), Trauma-Informed Care in Behavioral Health Services 61–64 (2014), https://store.samhsa.gov/sites/default/files/d7/priv/sma14-4816.pdf (explaining that trauma reminders—such as perceived loss of control, threats, and authoritative commands—can trigger dissociation, panic, or automatic compliance).

coercion, and abuse of authority. Indeed, these fears are not unfounded; according to public reporting, the Federal Bureau of Investigation has urged agencies to ensure officers clearly identify themselves and cooperate when civilians ask to verify an officer's identity and cited five 2025 incidents involving fake immigration officers using ICE's heightened profile to target vulnerable communities.[15] The State of California has also warned that criminals have posed as immigration officers to exploit Californians.[16] Such anonymity can amplify trauma and erode confidence in legitimate enforcement efforts.

> **M.** in Los Angeles County, explained, *"I am an immigrant, a public health worker, and a survivor of sexual violence. I am terrified of people pretending to be ICE in order to kidnap and assault women. I am constantly afraid of ICE interaction, and worse still of people pretending to be ICE in order to traffic me."* **M.** contacted the Los Angeles Police Department and the Los Angeles Sheriff's Department to ask if they would intervene to confirm someone is a LEO, but they said they would not do so. **M.** stated, *"I'm just avoiding everything. My background is in public medicine, and emergency rooms are empty. Kids aren't going to school or the hospital. A lot of people will or already have lost access. Doctors and nurses are being laid off. It's a mess."*

---

[15]   *See* Dell Cameron, Caroline Haskins, "FBI Warns of Criminals Posing as ICE, Urges Agents to ID Themselves," *Wired* (Aug. 30, 2025), https://www.wired.com/story/fbi-warns-of-criminals-posing-as-ice-urges-agents-to-id-themselves/

[16]   *See* Cal. Att'y Gen., Attorney General Bonta Issues Warning Amid Increased Reports of Fake ICE Officers, *Cal. Dep't of Justice* (Aug. 15, 2025), https://oag.ca.gov/news/press-releases/attorney-general-bonta-issues-warning-amid-increased-reports-fake-ice-officers (warning the public about impersonators posing as immigration enforcement officers and advising verification of official credentials).

**B.     AJSOCAL's Advocacy Shows Why Transparency in Law Enforcement is Essential to Protect Vulnerable Communities**

AJSOCAL's litigation experience demonstrates that trust and transparency in law enforcement are indispensable for protecting vulnerable communities. The former United States Acting Deputy Secretary of Labor, and AJSOCAL's former Director of Litigation, Julie Su, and AJSOCAL's founder, Stewart Kwoh, worked for thirteen years to protect the rights of more than 70 Thai immigrants who were enslaved by the owners of a garment sweatshop in El Monte, California. Their work included cooperation with law enforcement, who conducted the operations that freed the enslaved Thai workers, and with federal immigration agents with whom they ensured that all the enslaved could become naturalized American citizens. Paul Chang, who worked on the El Monte case with Su and Kwok, later explained to a Department of Labor oral history project how the case came about, stating: "One worker escaped the compound and alerted local law enforcement [who] contacted the U.S. Immigration and Naturalization Service, which contacted California's Labor Commissioner's Office. The California Labor Commissioner's Office secured a search warrant and the TIPP task force assembled a large team of law enforcement officers to carry out the search warrant."[17]

In stark contrast to the prior cooperative efforts between AJSOCAL and law enforcement, the recent deterioration of transparency in law enforcement has significantly harmed the communities AJSOCAL represents.

As **C.** in Simi Valley explains, *"every time I go to court*

---

[17] Fighting Human Trafficking: The Legacy of the El Monte Sweatshop, U.S. Dep't of Labor, Office of Public Affairs, https://blog.dol.gov/th/2022/01/11/fighting-human-trafficking-the-legacy-of-the-el-monte-sweatshop; *see also* White House, "20 Years After a Human Trafficking Case in El Monte, California Freed 72 Thai Workers" (Dec. 12, 2016), https://obamawhitehouse.archives.gov/blog/2016/12/12/20-years-after-human-trafficking-case-el-monte-california-freed-72-thai-workers.

> *(for yearly check-in with ICE), I don't know if I'm paranoid, but if I see an SUV with tinted windows I think I'm being followed. I don't have that peace of mind when I'm driving to work or the grocery store and I don't know if one of these days they're going to come to my workplace. Especially nowadays, you don't know if they're ICE or they're not, people can just impersonate and they can rob you, to me, if they are law enforcement, I don't know why they're afraid and putting on their face and hiding their face, any other police man they don't wear mask…"*

> **H.**, in Los Angeles, attempted to self-deport by turning himself into ICE, but was released after his source country refused to issue re-entry paperwork. Though he knows he would likely be released, he fears the violence of the arrest. *"I feel very unsafe, the environment like this outside, I cannot concentrate on my work and I have to tell my children, tell them beforehand, give them a heads up, even if they go to school they have to be careful, they also worry that suddenly in the evening cannot come back home, all this kind of worry happens throughout those days, even in the whole family. We have four children in our house at this moment…we don't go out all the time, everything we know is just from the news, it makes us feel frightened."*

For community members who have endured exploitation or fled regimes marked by secret police and extrajudicial violence, masked authority can rekindle trauma and fear. When law enforcement conceal their identities, it erodes confidence and makes cooperation harder. Trust in accountable law enforcement agencies—as demonstrated in AJSOCAL's advocacy—leads to greater safety for all community members and depends on those officers working in partnership with community members and advocates, not concealed or anonymized agents.

## III.  CONCLUSION

For these reasons, *amici curiae* respectfully request that the Court deny Plaintiff's Motion for Preliminary Injunction.

[PROPOSED] AMICUS BRIEF OF AJSOCAL AND SALDEF IN SUPPORT OF DEFENDANT STATE OF CALIFORNIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

| | | |
|---|---|---|
| DATED: December 29, 2025 | | Respectfully submitted, |
| | | Ronnette Ramos |
| | | Sean F. Bigley |
| | | Catherine Hwang |
| | | Asian Americans Advancing Justice Southern California |
| | | |
| | | Paul S. Chan |
| | | Alexander H. Tran |
| | | Emily M. Grant |
| | | Bird, Marella, Rhow, Lincenberg, Drooks & Nessim, LLP |

By: _____/s/ Paul S. Chan_____
          Paul S. Chan
   Attorneys for Proposed Amici Curiae

[PROPOSED] AMICUS BRIEF OF AJSOCAL AND SALDEF IN SUPPORT OF DEFENDANT STATE OF CALIFORNIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION