IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his official capacity; ROBERT BONTA, Attorney General of California, in his official capacity,<br><br>Defendants. | 2:25-cv-10999-CAS-AJR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION**<br><br>Date:       January 13, 2026<br>Time:       11:00 a.m.<br>Courtroom: 8D<br>Judge:      The Honorable Christina A. Snyder<br>Trial Date: not set<br>Action Filed: November 17, 2025 |

The Court, having considered Defendants' Unopposed Motion to Continue Hearing for Preliminary Injunction and finding good cause appearing, hereby GRANTS the Motion. The hearing is rescheduled for January 14, 2026.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                      The Honorable Christina A. Snyder

1  UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28