IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his official capacity; ROBERT BONTA, Attorney General of California, in his official capacity,<br><br>Defendants. | 2:25-cv-10999-CAS-AJRx<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE HEARING ON PRELIMINARY INJUNCTION** |

The Court, having considered Defendants' Unopposed Motion to Continue Hearing for Preliminary Injunction and finding good cause appearing, hereby GRANTS the Motion. The hearing is rescheduled for January 14, 2026, at 11:00 A.M.

**IT IS SO ORDERED.**

Dated: January 8, 2026

*/s/ Christina A. Snyder*

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1