BRETT A. SHUMATE
Assistant Attorney General, Civil Division
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General, Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General, Civil Division
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
BILAL A. ESSAYLI
First Assistant U.S. Attorney
Central District of California
ALEXANDER K. HAAS
Director
JACQUELINE COLEMAN SNEAD
Assistant Director
CRISTEN C. HANDLEY
Trial Attorney
Civil Division
Federal Programs Branch
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his Official Capacity; ROBERT BONTA, Attorney General of California, in his Official Capacity,<br><br>Defendants. | No. 2:25-cv-10999<br><br>**NOTICE OF PLAINTIFF'S EX PARTE MOTION FOR INJUNCTION PENDING APPEAL**<br><br>Honorable Christina A. Snyder<br>United States District Judge |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, the United States of America, will, and hereby does, move this Court ex parte for expedited relief in the form of a Rule 62(d) injunction pending resolution of the United States' appeal from this Court's Order, ECF No. 63 ("Order"). *See* Fed. R. Civ. P. 62(d). Specifically, the United States has appealed this Court's denial of the United States' motion for a preliminary injunction enjoining Defendants from enforcing a provision of the No Vigilantes Act requiring federal officers to wear identification while performing their law enforcement duties in the State of California. *See* ECF No. 66. An injunction pending the outcome of that appeal is warranted because the United States is likely to succeed on its appeal, and an injunction would preserve the status quo, thus preventing irreparable harm to the United States and the general public while the United States' appeal proceeds.

In the alternative, the United States requests that the Court follow the approach recently taken in similar circumstances in *NetChoice v. Bonta*, 761 F. Supp. 3d 1232, 1236 (N.D. Cal. 2025), granting a temporary injunction of up to thirty days, or until the Ninth Circuit rules on the United States' forthcoming motion for an injunction pending appeal, whichever is sooner.

This motion is based on this Notice, the attached Memorandum in Support, and the United States' arguments and evidence submitted in support of its Motion for Preliminary Injunction. *See* ECF Nos. 11 & 42. A proposed Order accompanies this motion. Absent judicial intervention, Defendants may begin enforcing the challenged identification requirement at 12:01pm PT on February 19, 2026. *See* Order at 30 (staying the effect of the Court's Order "until 12:00 noon on February 19, 2026"). Accordingly, the United States respectfully requests a ruling on this motion as soon as possible and no later than noon PT on February 19, 2026.

Dated: February 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division
Federal Programs Branch

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

BILAL A. ESSAYLI
First Assistant U.S. Attorney
Central District of California

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Director

*/s/Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar No. 69114)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 451-7771
Fax: (202) 616-8460

2

E-mail: Cristen.Handley@usdoj.gov

*Attorneys for the United States*

3