BRETT A. SHUMATE
Assistant Attorney General, Civil Division
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General, Civil Division
ERIC J. HAMILTON
Deputy Assistant Attorney General, Civil Division
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
BILAL A. ESSAYLI
First Assistant U.S. Attorney
Central District of California
ALEXANDER K. HAAS
Director
JACQUELINE COLEMAN SNEAD
Assistant Director
CRISTEN C. HANDLEY
Trial Attorney
Civil Division
Federal Programs Branch
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his Official Capacity; ROBERT BONTA, Attorney General of California, in his Official Capacity,<br><br>Defendants. | No. 2:25-cv-10999<br><br>**NOTICE OF ORDER BY COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Honorable Christina A. Snyder<br>United States District Judge |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, earlier today, the United States Court of Appeals for the Ninth Circuit issued the attached Order granting the United States' request for a temporary administrative injunction pending full review of its emergency motion for injunction pending appeal. Accordingly, Defendants in this case are enjoined "from applying or enforcing Section 10 of the No Vigilantes Act, S.B. 805, Gen. Assem., Reg. Sess. (Cal. 2025) (codified at Cal. Penal Code § 13654), against federal agencies and officers" pending further order by the Ninth Circuit.

Under the Ninth Circuit's Order, Defendants' response to the United States' emergency motion for an injunction pending appeal is due February 23, 2026 at 5:00pm PST; the United States' optional reply is due February 26, 2026 at 5:00pm PST; and the court will hold oral argument on the emergency motion on March 3, 2026 at 10:00am PST.

Dated: February 19, 2026            Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division
Federal Programs Branch

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
Civil Division

BILAL A. ESSAYLI

1

First Assistant U.S. Attorney
Central District of California

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Director

*/s/Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar # 69114)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 451-7771
Fax: (202) 616-8460
E-mail: Cristen.Handley@usdoj.gov

*Attorneys for the United States*