**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| The United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:25-cv-10999-CAS-AJR |
| v. | |
| State of California et al | **NOTICE OF CLERICAL ERROR** |
| DEFENDANT(S) | |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of scanned document: _____

Filed date: _____   Document Number(s): _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been changed to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:   Due to clerical error Re: Memorandum from Ninth Circuit Court of Appeals [73] was docketed in the wrong case. Docket item 73 should be disregarded.

CLERK, U.S. DISTRICT COURT

Date: __February 20, 2026__   By: Carmen Lujan (Carmen_Lujan@cacd.uscourts.gov)
Deputy Clerk