1  ROB BONTA
   Attorney General of California
2  THOMAS S. PATTERSON
   MICHAEL NEWMAN
3  Senior Assistant Attorneys General
   ANNA FERRARI, SBN 261579
4  LEE I. SHERMAN, SBN 272271
   Supervising Deputy Attorneys General
5  KRISTI A. HUGHES, SBN 235943
   ZELDA VASSAR, SBN 313789
6  ASHA ALBUQUERQUE, SBN 332901
   ALYSSA ZHANG, SBN 360105
7  CAMERON A. BELL, SBN 305872
   Deputy Attorneys General
8   300 South Spring Street
    Los Angeles, CA 90013
9   Telephone: (213) 269-6000
    E-mail: Cameron.Bell@doj.ca.gov
10 *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his official capacity; ROBERT BONTA, Attorney General of California, in his official capacity,**<br><br>Defendants. | 2:25-cv-10999-CAS-AJR<br><br>**JOINT PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS**<br><br>The Honorable Christina A. Snyder<br>United States District Judge |

As requested by the Court (Dkt. 20), the parties respectfully submit this joint proposed schedule for further proceedings in the district court. The parties have met and conferred via email and agree to the schedule below.

- **April 2, 2026**: Deadline for Defendants' Answer
- **May 4, 2026**: Deadline for Parties' Rule 26(f) Conference

After May 4, 2026, the parties are available for a scheduling conference under Fed. R. Civ. P. 16, at the Court's convenience.

| | |
|---|---|
| Dated:  March 2, 2026 | Respectfully submitted, |

BRETT A. SHUMATE
Assistant Attorney General, Civil Division
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
ERIC J. HAMILTON
Deputy Assistant Attorney General
Federal Programs Branch
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
BILAL A. ESSAYLI
First Assistant U.S. Attorney
Central District of California
ALEXANDER K. HAAS
Director
JAQUELINE COLEMAN SNEAD
Assistant Director


*/s/ Cristen C. Handley*
CRISTEN C. HANDLEY (MO Bar No. 69114)
Trial Attorney
United States Department of Justice
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
*Attorneys for Plaintiff United States*

SA2025306562

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
MICHAEL NEWMAN
Senior Assistant Attorneys General
ANNA FERRARI
LEE I. SHERMAN
Supervising Deputy Attorneys General
KRISTI A. HUGHES
ZELDA VASSAR
ASHA ALBUQUERQUE
ALYSSA ZHANG
Deputy Attorneys General


*/s/ Cameron A. Bell*
CAMERON A. BELL
Deputy Attorney General
*Attorneys for Defendants*