ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
MICHAEL NEWMAN
Senior Assistant Attorneys General
ANNA FERRARI, SBN 261579
LEE I. SHERMAN, SBN 272271
Supervising Deputy Attorneys General
CAMERON A. BELL, SBN 305872
KRISTI A. HUGHES, SBN 235943
ZELDA VASSAR, SBN 313789
ALYSSA ZHANG, SBN 360105
ASHA ALBUQUERQUE, SBN 332901
Deputy Attorneys General
 455 Golden Gate Ave.
 San Francisco, CA 94102
 Telephone: (415) 510-3625
 E-mail: Asha.Albuquerque@doj.ca.gov
Attorneys for Defendants

[*Additional counsel listed on signature panel*]

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | 2:25-cv-10999-CAS-AJR |
| Plaintiff, | **JOINT STIPULATION TO HOLD THE DISTRICT COURT PROCEEDINGS IN ABEYANCE PENDING OUTCOME OF NINTH CIRCUIT PROCEEDINGS** |
| v. | |
| **STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his official capacity; ROBERT BONTA, Attorney General of California, in his official capacity,** | The Honorable Christina A. Snyder United States District Judge |
| Defendants. | Conference Date: May 18, 2026 Conference Time: 11:00 a.m. Judge: Hon. Christina A. Snyder |

1

## JOINT STIPULATION

Plaintiff the United States of America and Defendants the State of California; Rob Bonta, in his official capacity as Attorney General of the State of California; Gavin Newsom, in his official capacity as Governor of the State of California (the parties); by and through their counsel, agree and stipulate to the following:

1.   The United States filed a complaint on November 17, 2025 challenging Sections 2 and 3 of California Senate Bill (SB) 627 (the "No Secret Police Act") (2025-26 Reg. Session) and Sections 2 and 10 of SB 805 (the "No Vigilantes Act") (2025-26 Reg. Session). ECF No. 1.

2.   The United States filed a motion for a preliminary injunction on November 25, 2025. ECF No. 11.

3.   On February 9, 2026, the Court granted in part the United States' motion for a preliminary injunction as to Section 3 of SB 627. ECF No. 63. The Court denied the United States' motion for a preliminary injunction with respect to all other challenged provisions of SB 627 and SB 805. *Id.*

4.  On February 17, 2026, the United States appealed the Court's denial of a preliminary injunction with respect to SB 805. ECF No. 73. The United States filed an emergency motion for an injunction pending appeal with the Ninth Circuit. Ninth Circuit Case No. 26-926, ECF Nos. 4, 5. The Ninth Circuit entered a temporary administrative injunction on February 19, 2026. CD Cal. ECF No. 72.

5.   After oral argument, on April 22, 2026, the Ninth Circuit granted the United States' motion for an injunction pending appeal. ECF No. 83. The panel held that the United States is likely to succeed on its claim that SB 805 violates the intergovernmental immunity doctrine as a direct regulation on the federal government, and that the equities favor relief pending appeal. *Id*. The Ninth Circuit enjoined the State of California, the Governor, and the Attorney General, pending further order of this Court, from applying or enforcing Section 2 of SB 805 against federal agencies and officers.

6. The United States' appeal on the merits of the preliminary injunction of SB 805 is still pending before the Ninth Circuit. The United States filed its opening brief on March 17, 2026, and the State Parties filed their answering brief on April 21, 2026. The United States' reply brief is due on May 12, 2026.

7. The parties have conferred in good faith regarding the timing and scope of this litigation and agree that the Ninth Circuit's resolution of the United States' appeal of the preliminary injunction may provide guidance to this Court on the constitutionality of the provisions challenged in this case. Accordingly, the parties jointly stipulate and request that the Court stay all pending deadlines and hold this case in abeyance until and including the earlier of (i) sixty (60) days from the date the Ninth Circuit rules on the merits of the United States' pending appeal in *United States v. California*, Case No. 26-926 or (ii) the grant of the request of any party that the abeyance be lifted. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

8. Good cause exists to hold the proceedings in abeyance, which will conserve judicial resources and allow the parties and the Court to resolve the contested issues in the case efficiently following resolution of the pending appeal. The requested abeyance will not cause any immediate or significant hardship to any party and will not unreasonably delay the proceedings.

9. The parties also jointly request that the Court take off calendar the May 18 Scheduling Conference. Within thirty (30) days after the Ninth Circuit's ruling in *United States v. California*, Case No. 26-926, the parties agree to confer and file a proposed schedule for further proceedings, including the deadline for a joint scheduling conference.

10. For the foregoing reasons, the parties respectfully request that this case be

3

held in abeyance.

11.   The parties agree that this stipulation will only be effective if the Court enters an order based on this stipulation, and that neither party is waiving any substantive claim or argument by entering into this stipulation.

IT IS SO STIPULATED.

Dated:  May 8, 2026                                   Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General, Civil Division<br>YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br>ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Federal Programs Branch<br>TIBERIUS DAVIS<br>SEAN SKEDZIELEWSKI<br>Counsel to the Assistant Attorney General<br>BILAL A. ESSAYLI<br>First Assistant U.S. Attorney Central District of California<br>ALEXANDER K. HAAS<br>Director<br>JACQUELINE COLEMAN SNEAD<br>Assistant Director | ROB BONTA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>MICHAEL NEWMAN<br>Senior Assistant Attorneys General<br>ANNA FERRARI<br>LEE I. SHERMAN<br>Supervising Deputy Attorneys General<br>CAMERON A. BELL<br>KRISTI A. HUGHES<br>ZELDA VASSAR<br>ALYSSA ZHANG<br>Deputy Attorneys General |

*/s/ Alexandra Schulte*
ALEXANDRA MCTAGUE SCHULTE (C.A. BAR NO. 290664)
Senior Litigation Counsel
United States Department of Justice, Civil Division
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC  20044-0386
Tel: 202-718-0483
E-mail: Alexandra.McTague2@usdoj.gov
*Attorneys for Plaintiff United States*

*/s/ Asha Albuquerque*
ASHA ALBUQUERQUE
Deputy Attorney General
*Attorneys for Defendants*

4

**ATTESTATION OF E-FILED SIGNATURES**

I, Asha Albuquerque, am the ECF User whose ID and password are being used to file this JOINT STIPULATION TO HOLD THE DISTRICT COURT PROCEEDINGS IN ABEYANCE PENDING OUTCOME OF NINTH CIRCUIT PROCEEDINGS. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: May 8, 2026                    */s/ Asha Albuquerque*
                                       Asha Albuquerque