IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **THE UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his official capacity; ROBERT BONTA, Attorney General of California, in his official capacity,** <br><br> Defendants. | 2:25-cv-10999-CAS-AJR <br><br> **[PROPOSED] ORDER ON JOINT STIPULATION TO HOLD THE DISTRICT COURT PROCEEDINGS IN ABEYANCE PENDING OUTCOME OF NINTH CIRCUIT PROCEEDINGS** <br><br> Judge:　　The Honorable Christina A. Snyder <br> Trial Date:　None Designated <br> Action Filed: November 17, 2025 |

The Court, having considered Plaintiff and Defendants' Joint Stipulation to Hold the District Court Proceedings in Abeyance Pending Outcome of Ninth Circuit Proceedings and finding good cause appearing, hereby ORDERS as follows:

1.　　All pending deadlines are stayed, and this case is held in abeyance, until the earlier of (i) sixty (60) days from the date the Ninth Circuit rules on the merits of the United States' pending appeal in *United States v. California*, Case No. 26-

1

926 or (ii) the grant of the request of any party that the abeyance be lifted.

2. The May 18 Scheduling Conference is taken off calendar.

3. Within thirty (30) days after the Ninth Circuit's ruling in *United States v. California*, Case No. 26-926, the parties agree to confer and file a proposed schedule for further proceedings, including the deadline for a joint scheduling conference.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE