IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,**<br>Plaintiff,<br>**v.**<br>**STATE OF CALIFORNIA; GAVIN NEWSOM, Governor of California, in his official capacity; ROBERT BONTA, Attorney General of California, in his official capacity,**<br>Defendants. | 2:25-cv-10999-CAS-AJR<br>**[PROPOSED] ORDER ENTERING PERMANENT INJUNCTION AND DISMISSING ACTION**<br>The Honorable Christina A. Snyder<br>United States District Judge<br>Action Filed: November 17, 2025 |

Upon consideration of the joint stipulation in this case filed by Plaintiff the United States of America; and Defendants the State of California, Attorney General Rob Bonta, and Governor Gavin Newsom ("State Defendants") and for good cause shown:

It is hereby **ORDERED** that Defendants the State of California, Rob Bonta, in his official capacity as the Attorney General of the State of California; Gavin Newsom, in his official capacity as Governor of the State of California and each of their successors, their officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them are enjoined from enforcing the following provisions against the United States, federal law enforcement officers, and federal law enforcement agencies:

1. Sections 7288 and 7289 of the California Government Code; and
2. Sections 185.5 and 13654 of the California Penal Code.

It is further **ORDERED** that this action is dismissed with prejudice, as to all Defendants;

It is further **ORDERED** that the Court accepts this stipulation in lieu of further proceedings in this action, and vacate its order setting a November 13, 2026 deadline to propose a joint scheduling conference.

It is further **ORDERED** that this Court shall retain jurisdiction over this action for purposes of implementing and enforcing the final judgment.

It is so **ORDERED**.

Dated: ______________________ ________________________________

Hon. Christina A. Snyder